# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:18-cv-22483

TRANSAMERICA CORPORATION,

              Plaintiff,

    v.

TRANSAMERICA MULTISERVICES INC.,
ALLNATION FINANCIAL, LLC, and
MICHEALA JALLAH,

              Defendants.

_____/

## DECLARATION OF BRUCE A. McDONALD

(1)      My name is Bruce A. McDonald.  I am one of the lawyers representing Transamerica Corporation ("Transamerica") in this case.  I am over eighteen years of age, competent to testify, and have the following first-hand knowledge:

        (a)     that Defendants Allnation Financial LLC ("Allnation") and Michaela Jallah (collectively "Defendants")[1] have concealed their whereabouts by registering false and fictitious addresses at the Florida Secretary of State and therefore cannot be served at Defendant Allnation's registered address;

        (b)     that Defendant Jallah is not located at her last known address, cannot be served at that address, and is evading service of process;

---

[1]     Plaintiff is filing a notice of dismissal of Defendant Transamerica Multiservices Inc. without prejudice, as Plaintiff discovered in the course of its efforts to make service of process that this Defendant was not responsible for the infringement described in Plaintiff's complaint and has no relationship to the other two Defendants who are in fact the responsible parties.

(c)     that Plaintiff has complied with state statutory requirements for substituted service on Defendant Allnation via USPS Certified Mail and delivery to the Florida Secretary of State;

(d)     that Plaintiff is unable to effect service on either Defendant despite diligent efforts as described below;

(e)     that Defendants respond to email communications directed to micheala.jallah@yahoo.com;

(f)     that Defendants are on actual notice of this proceeding by reason of Plaintiffs' communications to that address;

(g)     that Defendants are in actual receipt of the Complaint by reason of delivery to their email address at micheala.jallah@yahoo.com; and

(i)     on the basis set forth above, that electronic service of the Complaint and Summonses at that email address is reasonably calculated to provide actual notice of filings and correspondence in this case.

(2)     Defendant Allnation is a Florida limited liability company registered by Defendant Jallah with the Florida Secretary of State on April 22, 2015, under the name "Transamerica Tax Multi Services LLC."[2]  The registered address of the company is 500 NE Spanish River Blvd., #105, Boca Raton, FL 33431.[3]  Neither Defendants is located at

---

[2]     A full and accurate copy of records on file with the Florida Secretary of State at www.sunbiz.org as of September 12, 2018, is appended hereto as Attachment 1.

[3]     *Id.* at 1.

this address; it belongs to a company named Elite Senior Care that denies any knowledge of either Defendant.[4]

(3)      Defendant Jallah, an individual 29 years of age, is the manager and authorized agent of Defendant Allnation according to the records of the Florida Secretary of State.[5]  Defendant Jallah's last known address is 500 NW 51st Ave., Delray Beach, FL 33445-2140.[6]  However, neither Defendant is located at this address; it belongs to an individual who identifies herself as "Elizbeth Woods" and denies any knowledge of either Defendant.[7]

(4)      Plaintiff's efforts to make contact with Defendants began on March 14, 2018, when I sent a letter to Defendants, by regular mail and Federal Express, objecting to Defendants' use of the name "TransAmerica Multiservices" for the advertising and

---

[4]      *See* Return of Non-Service on Defendant Allnation at Boca Raton Address (Att. 2 at 1); Return of Non-Service on Defendant Jallah at Boca Raton address (Att. 2 at 2); *see also* Federal Express delivery exception notifications at Boca Raton address, June 29 – July 7, 2018 (Att. 3).

[5]      *See* Florida Secretary of State Records (Att. 1) at 1-2.

[6]      *See* Administrative Office of the Courts, Record dated June 8, 2018 (Att. 4); Florida Dept. of Highway Safety & Motor Vehicles, Driver License Record dated June 4, 2018 (Att. 5); Experian Credit Header Report, June 8, 2018 (Att. 6).

[7]      *See* Return of Non-Service on Defendant Jallah at Delray Beach address, Att. 2, at p. 5 ("Does not live there per Elizabeth Woods"); Return of Service on Defendant Allnation at Delray Beach address, *id.,* at p. 6 (same).

sale of insurance at www.tamultiservices.com.[8]  At the time, that website bore the

following appearance:[9]



The street address appearing on the above website was the same as Defendant Allnation's

address then registered with the Florida Secretary of State, namely, 1876 N. University

Drive, Suite 200-I, Plantation FL 33322,[10] so that is the address we used for the letter.[11]

The letter was returned to our office undeliverable by Federal Express at that address

after delivery attempts on March 15 and March 19, 2018.[12]

(5)      On April 26, 2018, Defendants filed Articles of Amendment with the

Florida Secretary of State, changing the name of Ms. Jallah's company from

"Transamerica Multiservices LLC" to "Allnation Financial LLC."[13]  In this document,

Defendants provided a new address at 500 NE Spanish River Blvd., Suite 105C, Boca

Raton, FL 33431, with the telephone number (561) 932-7200, and the email address

---

[8]        *See* letter dated March 13, 2018, from B. McDonald to Defendants (Att. 7).

[9]        A copy of Defendants' website at www.tamultiservices.com that I printed out is
appended as Attachment 8.

[10]        *See* Florida Secretary of State Records (Att. 1) at 9.

[11]        *See* letter dated March 13, 2018, from B. McDonald to Defendants (Att. 7).

[12]        *See* Return of Federal Express Letter by Federal Express (Att. 9).

[13]        *See* Florida Secretary of State Records (Att. 1) at 4.

micheala.jallah@yahoo.com. *Id.* That information was current as of September 12, 2018.[14]

(6)     On April 30, 2018, I called Defendant Allnation's telephone number appearing on their website at www.tamultiservices.com and registered with the Florida Secretary of State, (561) 932-7200, to ask whether Defendants planned to take down the content appearing on the company's website. I reached an unidentified female individual who answered, "Hello," following which the discussion proceeded as follows:

> BM:   "Hi, I'm looking for Transamerica Multiservices."
>
> MJ:    "About what?"
>
> BM:    "I'm trying to get the address so I can send a letter.
>
> MJ:    "What letter?"
>
> BM:    "Well I tried to send you a letter on March 14, 2018, to the address on University Boulevard."
>
> MJ:    "What kind of a letter"?
>
> BM:     "A letter about your company's use of the Transamerica name."

At this point the individual began to speak loudly and rapidly and told me not to bother her any more.

(7)     As Defendants were still using the name "TransAmerica Multiservices" at www.tamultiservices.com as of April 30, 2018, the same as they were when we sent our original letter on March 14, I sent another letter by regular mail, certified mail and Federal Express, addressed to Defendants at the address on their website, 1876 N.

---

[14]     *Id.*

5

University Drive, Suite 200-I, Plantation, FL 33322.[15]  A copy of that letter is appended hereto as Attachment 7.

(8)     On May 2, 2018, I received a voicemail message from Federal Express, stating, "Yes, good morning, this is Federal Express calling in in regard to the delivery of Tracking Number 772116178397.  I did speak with the recipient; apparently she is claiming that the address is correct.  I explained to her that we'd been there two times, and that nobody is there at the location.  She did request [sic] who it was coming from, I told her, and she refused it.  Please call us back a 1-800-463-3339 re Tracking Number 77211678397, we do need authorization to have this package sent back to you."  I have an audio file of this message should the need arise.  I told Federal Express to return the package to us, and the copy that we sent by certified mail was returned to us unclaimed, *see* USPS returned envelope appended as Attachment 12; as noted above, we also sent a copy by regular mail, so we believe that Defendants received it.

(9)     As of June 20, 2018, Defendants' website at www.tamultiservices.com continued to display infringing copies of Plaintiff's name and service mark.[16] Accordingly, Plaintiff filed its Complaint in this case on that date.

(10)     On June 21, 2018, I directed a letter with a copy of the Complaint to Defendants by Federal Express and regular mail at the following addresses:[17]

(a)     500 NE Spanish River Blvd., # 105, Boca Raton, FL 33431.  This addressed was registered by Defendants with the Florida Secretary of State on

---

[15]     *See* letter dated April 30, 2018, to Defendants from B. McDonald (Att. 11).

[16]     *See* printout of Defendants' website at www.tamultiservices.com dated June 25, 2018 (Att. 13).

[17]     *See* letter dated June 21, 2018, from B. McDonald to Defendants (Att. 14).

April 26, 2018, when they changed the corporate Defendant's name from

Transamerica Multiservices Agency LLC to Allnation Financial LLC.[18]

      (b)     400 South Federal Highway, Boynton Beach, FL 33435.[19]  This

address was associated with Ms. Jallah by means of Westlaw research conducted

on June 8, 2018.[20]  It is also the address registered by Defendant Jallah in the

"Whois" database for the Internet domain name TAMULTISERVICES.COM as

of March 13, 2018.[21]  She also registered the email address

micheala.jallah@yahoo.com and the telephone number (561) 932-7200 for the

TAMULTISERVICES domain name, *id.,* although on June 6, 2018, she changed

the registered address for the domain name to 1876 N. University Dr., Suite 200-I,

Plantation, FL, with the same telephone number and a new email address,

michealajallah@gmail.com.[22]  By June 27, 2018, however, Defendant Jallah had

changed the registered address for the domain name back to 400 South Federal

Highway, Boynton Beach, FL 33435, with the same telephone number and the old

email address, micheala.jallah@yahoo.com.[23]

---

[18]     *See* Florida Secretary of State Records (Att. 1) at 4.

[19]     *See* letter dated June 21, 2018, from B. McDonald to Defendants (Att. 14).

[20]     *See* Westlaw research dated June 8, 2018 (Att. 15).

[21]     *See* Whois Report dated March 13, 2018 (Att. 16).  The Whois database is an online repository of information associated with registered domain names that stores and publicly displays domain name information, including creation and expiration dates, the registrar of record, and the registrant's contact data.

[22]     *See* Whois Report dated June 8, 2018 (Att. 17).

[23]     *See* Whois Report dated June 27, 2018 (Att. 18).

(c)    501 51st Ave. N.W., Delray Beach, FL 33445-2140.[24]  This was

Ms. Jallah's last known address as of June 8, 2018.[25]

(11)    The copy of our letter dated June 21, 2018 that we sent by Federal Express

to the address at 500 NE Spanish River Blvd., # 105, Boca Raton, FL 33431, was

delivered on June 25, 2018, and signed for by a receptionist at the residential building's

front desk.[26]  However, I subsequently received a telephone call from an individual

named Gary Froonjian of G&L Transcription, Inc., who stated that the letter had been left

at his office, that he had no knowledge of either Defendant, and that he was destroying

the package.  He then sent me an email confirming that fact.[27]

(12)    The copy of our letter dated June 21, 2018 that we sent by Federal Express

to the address at 400 South Federal Highway, Boynton Beach, FL 33435, was returned

undeliverable after attempts on June 25, June 26, June 27, June 28, and July 2, 2018.[28]

(13)    On June 25, 2018, I received a telephone call from an individual

identifying himself as Patrick Blackwood, who stated that he was calling on behalf of Ms.

Jallah.  Mr. Blackwood told me that he and Defendant Jallah had received the copy of our

June 21 letter that we sent to Defendants by email at micheala.jallah@yahoo.com.  He

stated that he and Defendant Jallah receive mail at 1876 N. University Dr., Suite 200-I,

---

[24]    *See* letter dated June 21, 2018, from B. McDonald to Defendants (Att. 14).

[25]    *See* Administrative Office of the Courts Record (Att. 4); Driver License Record
(Att. 5); Experian Credit Header Report (Att. 6).

[26]    *See* Federal Express delivery notification dated June 21, 2018 (Att. 19).

[27]    *See* email dated June 21, 2018, from Gary Froonjian (Att. 20).

[28]    *See* Federal Express delivery exception notifications, June 25 – July 2, 2018 (Att.
21).

Plantation, FL 33322, and that they check that address periodically for mail.  He told me that Ms. Jallah had changed the name of her company with the Florida Secretary of State and was in the process of changing the company's "logo."  I told him that I would report this information to our client and call him back.  I then visited Defendants' website at www.tamultiservices.com and observed that there had been no change at the website.[29]

(14)    After my conversation with Mr. Blackwood, I sent a letter to Defendant Jallah and him dated June 25, 2018, by Federal Express, addressed to 1876 N. University Dr., Suite 200-I, Plantation, FL 33322, and by email to micheala.jallah@yahoo.com.[30]

(15)    On June 27, 2018, I received another call from Mr. Blackwood, whereupon a discussion ensued about the website at www.tamultiservices.com.  Mr. Blackwood told me that Ms. Jallah did not own the domain name, which I knew was untrue from the Whois records.[31]  I told him that Transamerica was willing to drop the lawsuit if Defendants would agree to refrain from use of the Transamerica name in the future and assign the domain name TAMULTISERVICES.COM to Transamerica on the grounds that the name had been used as an instrumentality for past infringement.  I told him that we were still attempting to establish a valid physical address for Defendants and asked him if he could provide me with an actual residential address, which he refused to do.  Throughout the discussion I could hear a female voice in the background shouting profanities.  The discussion lasted only several minutes and ended when Mr. Blackwood stated to me that "we are not giving you the f---king domain name" and hung up.

---

[29]    *See* printout of Defendants' website as of June 25, 2018 (Att. 13).

[30]    *See* letter dated June 25, 2018 (Att. 22).

[31]    *See* Whois Reports, Atts. 16, 17 and 18.

(16)   On June 28, 2018, I sent another letter to Ms. Jallah by Federal Express and regular mail to her Boca Raton, Plantation, and Delray Beach addresses, as well as the email address micheala.jallah@yahoo.com, enclosing a draft agreement in which Transamerica would waive damages, costs and attorney fees, in return for a promise by Defendants to refrain from further use of the Transamerica name and an assignment of the TAMULTISERVICES.COM domain name.[32]  The Federal Express copy that we sent to the Boca Raton address was returned undeliverable;[33] and the Federal Express copy that we sent to the residential address at 501 51st Ave. in Delray Beach was delivered on June 29, 2018, although not signed for.[34]  We have had no response to that letter or any other subsequent communications from or with Defendants.

(17)   On August 28, 2018, we tasked Caplan and Caplan Process Servicers, www.caplanandcaplan.com, to serve the Complaint and Summonses at the following addresses:

(a)   500 N.E. Spanish River Blvd., # 105, Boca Raton, FL 33431.[35]

This is the current official address of the corporate Defendant and its registered agent, Defendant Jallah, according to current records of the Florida Secretary of State.[36]  Upon attempt to make service at this address, the process server reported

---

[32]   *See* letter dated June 28, 2018, from B. McDonald to Defendants (Att. 23).

[33]   *See* Federal Express delivery exception notifications, Boca Raton address, June 29 through July 7, 2018 (Att. 24).

[34]   *See* Federal Express delivery notification at Delray Beach address (Att. 25).

[35]   *See* Returns of Non-Service (Att. 2) at 1-2.

[36]   *See* Florida Secretary of State Records (Att. 1) at 1-2.

that there is no such party at that address and that the latter is occupied by a business named "Elite Senior Care."[37]

    (b)    500 N.W. 51st Ave., Delray Beach, FL 334345.[38] This is Defendant Jallah's last known address.[39]  Upon attempt to make service, the process server was greeted by an individual who identified herself as "Elizabeth Woods" and stated that she had no knowledge of either Defendant.[40]

    (c)    7 Southern Cross Lane, # 202, Boynton Beach, FL 33436.[41]  This is the address originally registered with the Florida Secretary of State for Defendant Allnation, then known as Transamerica Tax Multi Services LLC.[42]  It was also linked to Defendant Jallah in Plaintiff's investigation.[43]  Service of process was attempted at this address on September 4, 2018, at which time the process server was greeted by an individual named Ms. Jordan who stated that Defendant Jallah did not live there.[44]

---

[37]    *See* Returns of Non-Service (Att. 2) at 1-2.

[38]    *See* Returns of Non-Service (Att. 2) at 5-6.

[39]    *See* Administrative Office of the Courts, Record dated June 8, 2018 (Att. 4); Florida Dept. of Highway Safety & Motor Vehicles, Driver License Record dated June 4, 2018 (Att. 5); Experian Credit Header Report, June 8, 2018 (Att. 6).

[40]    *Id.*

[41]    *See* Returns of Non-Service (Att. 2) at 3-4.

[42]    *See* Florida Secretary of State Records (Att. 1) at 17-18.

[43]    *E.g.,* Westlaw research dated June 8, 2018 (Att. 15).

[44]    *See* Returns of Non-Service (Att. 2) at 3-4.

(d)      1876 N. University Drive, Suite 200-I, Plantation, FL 33322. [45]

This is the address at which Defendants receive their mail according to Defendants' representative Patrick Blackwood as recounted above.  Upon attempted service at this location on August 29, 2018, the process server reports that "[T]here is no such suite number, defendant is not on building directory, will attempt alternate address provided."[46]

(18)     On September 7, 2018, I sent a letter to Defendants with a copy of the Complaint and Summons by USPS Certified Mail, directed to Defendants at the following addresses, even though previous letters sent to Defendants by Certified Mail were returned unclaimed:[47]

> Allnation Financial LLC
> c/o Micheala Jallah, Registered Agent
> 500 NE Spanish River Blvd., #105
> Boca Raton, FL 33431
> **Certified Mail Return Receipt No.: 7017 0660 0001 1202 1585**
>
> Ms. Micheala Jallah
> 1876 N. University Drive, Suite 200-I
> Plantation, FL 33322
> **Certified Mail Return Receipt No. 7017 0660 0001 1202 1592**
>
> Ms. Micheala Jallah
> 501 51st Ave., N.W.
> Delray Beach, FL 33445
> **Certified Mail Return Receipt No. 7017 0660 0001 1608**

(19)     At the time of this writing, Plaintiff's process servers are continuing to attempt service and believe they may have uncovered an address for Defendant Jallah in

---

[45]      *See* Returns of Non-Service (Att. 2) at 7-8.

[46]      *Id.*

[47]      *See* letter dated September 7, 2018 and enclosures (Att. 26).

New Jersey.  Plaintiff has also attempted substituted service on Defendants by delivery of the complaint and summons to the Florida Secretary of State in compliance with Florida Statutes §§ 48.151(1), 48.151(5) 48.161 and 48.181, even though it is established that the addresses registered by Defendants at the Secretary of State are false and fictitious.[48]

(20)     Plaintiff has posted a copy of the Complaint and Summonses on a website appearing at the URL https://my.workshare.com/#folders/GsudUO56lltbNIaZ.

The undersigned hereby declares under penalty of perjury pursuant to the laws of the United States that the foregoing is true, and accurate based on his first-hand information, knowledge and belief.

September 13, 2018          Bruce A. McDonald

---

[48]     *See* Florida Secretary of State Receipt for Substituted Service, Sept. 13, 2018 (Att. 27).



FLORIDA DEPARTMENT of STATE                                                          DIVISION OF CORPORATIONS

Department of State / Division of Corporations / Search Records / Detail By Document Number /

Previous On List      Next On List      Return to List

allnationfinancial

Search

Events      Name History

## Detail by Entity Name

Florida Limited Liability Company
ALLNATION FINANCIAL LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L15000070731 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/22/2015 |
| **Effective Date** | 04/22/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 04/26/2018 |
| **Event Effective Date** | NONE |

### Principal Address

500 NE SPANISH RIVER BLVD
105
BOCA RATON, FL 33431

Changed: 03/31/2018

### Mailing Address

500 NE SPANISH RIVER BLVD
105
BOCA RATON, FL 33431

Changed: 03/31/2018

### Registered Agent Name & Address

JALLAH, MICHEALA
500 NE SPANISH RIVER BLVD
105
BOCA RATON, FL 33431

Address Changed: 03/31/2018

## Authorized Person(s) Detail

**Name & Address**

Title MGR

JALLAH, MICHEALA
500 NE SPANISH RIVER BLVD
105
BOCA RATON, FL 33431

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 04/30/2016 |
| 2017 | 04/21/2017 |
| 2018 | 03/31/2018 |

## Document Images

| | |
|---|---|
| 04/26/2018 -- LC Name Change | View image in PDF format |
| 03/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2017 -- ANNUAL REPORT | View image in PDF format |
| 10/11/2016 -- LC Name Change | View image in PDF format |
| 04/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2015 -- Florida Limited Liability | View image in PDF format |

Previous On List    Next On List    Return to List

allnationfinancial

Search

Events    Name History

Florida Department of State, Division of Corporations

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Case 1:18-cv-22483-DPG    Document 12-1    Entered on FLSD Docket 09/13/2018    Page 16 of 207
Attachment 1, p. 3 of 18

L15000070731

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────┘

Office Use Only



400312316874

04/26/18--01010--020  **30.00



APR 2 7 2019
J. HARRIS

Case No. 1:18-cv-22483
Case 1:18-cv-22483-DPG   Document 12-1   Entered on FLSD Docket 09/13/2018   Page 17 of Declaration of Bruce A. McDonald
207                                                                                    Attachment 1, p. 4 of 18

# COVER LETTER

**TO:**  **Registration Section**
   **Division of Corporations**

SUBJECT: _TransAmerica Multiservices Agency_
<span style="display:block; text-align:center;">Name of Limited Liability Company</span>

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Micheala Jallah_
<span style="display:block; text-align:center;">Name of Person</span>

_TransAmerica MultiServices Agency_
<span style="display:block; text-align:center;">Firm/Company</span>

_500 NE Spanish River Blvd Suite 105C_
<span style="display:block; text-align:center;">Address</span>

_Boca Raton, FL 33431_
<span style="display:block; text-align:center;">City/State and Zip Code</span>

_micheala.jallah@yahoo.com_
<span style="display:block; text-align:center;">E-mail address: (to be used for future annual report notification)</span>

For further information concerning this matter, please call:

_Micheala Jallah_            at ( _561_ ) _932 - 7200_
<span style="display:block;">Name of Person                     Area Code    Daytime Telephone Number</span>

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee    ☒ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                 Certificate of Status       Certified Copy              Certificate of Status &
                                       (additional copy is enclosed)   Certified Copy
                                                                 (additional copy is enclosed)

**MAILING ADDRESS:**                   **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                 Division of Corporations
P.O. Box 6327                        Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                  Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

_TransAmerica Multiservices Agency_

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _4/22/2015_ and assigned

Florida document number _L15000070731_

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_Allnation Financial LLC_

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

_(Principal office address MUST BE A STREET ADDRESS)_

**Enter new mailing address, if applicable:**

_(Mailing address MAY BE A POST OFFICE BOX)_

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

Enter Florida street address

_____, **Florida** _____
City                                                    Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

_I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change._

_____
**If Changing Registered Agent, Signature of New Registered Agent**

**Page 1 of 3**

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records:</u>

MGR =   Manager
AMBR =  Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ (optional)

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:

(b) The 90th day after the record is filed.

Dated 4/25/18 _____, _____

_____
Signature of a member or authorized representative of a member

MICHEALA JANNAH
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee: $25.00**

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000070731

**FILED**
**Mar 31, 2018**
**Secretary of State**
**CC6786363898**

**Entity Name:** TRANSAMERICA MULTISERVICES AGENCY LLC

**Current Principal  Place of Business:**

500 NE SPANISH RIVER BLVD
 105
BOCA RATON,  FL  33431

**Current Mailing Address:**

500 NE SPANISH RIVER BLVD
 105
BOCA RATON,  FL  33431  US

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

JALLAH, MICHEALA
500 NE SPANISH RIVER BLVD
 105
BOCA RATON, FL  33431  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

      Electronic Signature of Registered Agent                              Date

**Authorized Person(s) Detail :**

| Title | MGR |
|---|---|
| Name | JALLAH, MICHEALA |
| Address | 500 NE SPANISH RIVER BLVD  105 |
| City-State-Zip: | BOCA RATON  FL  33431 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHEALA JALLAH                    MANAGER                    03/31/2018

      Electronic Signature of Signing Authorized Person(s) Detail                             Date

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000070731

**Entity Name:** TRANSAMERICA MULTISERVICES AGENCY LLC

Apr 21, 2017
**Secretary of State
CC1431311313**

**Current Principal Place of Business:**

1876 N UNIVERSITY DRIVE
 SUITE 200-I
PLANTATION, FL 33322

**Current Mailing Address:**

1876 N UNIVERSITY DRIVE
 SUITE 200-I
PLANTATION, FL 33322 US

**FEI Number:** 47-3714294                              **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

JALLAH, MICHEALA
1876 N UNIVERSITY DRIVE
 SUITE 200-I
PLANTATION, FL 33322 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

       Electronic Signature of Registered Agent                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | JALLAH, MICHEALA |
| Address | 1876 N UNIVERSITY DRIVE SUITE 200-I |
| City-State-Zip: | PLANTATION FL 33322 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHEALA JALLAH                      MANAGER         04/21/2017

      Electronic Signature of Signing Authorized Person(s) Detail                Date

Case No. 1:18-cv-22483
Case 1:18-cv-22483-DPG   Document 12-1   Entered on FLSD Docket 09/13/2018   Page 23 of 207
Declaration of Bruce A. McDonald
Attachment 1, p. 10 of 18

## L15000070731



300289882253

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

09/07/16--01021--029   **35.00

┌──────────────────────────────────────────┐
│ Special Instructions to Filing Officer:    │
│                                            │
│                                            │
│                                            │
│                                            │
│                                            │
│                                            │
│                                            │
└──────────────────────────────────────────┘

Office Use Only

FILED
2016 OCT 11 P 2: 59
TALLAHASSEE FLORIDA



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

September 19, 2016

MICHAELA JALLAH
400 SOUTH FEDERAL HWY, STE 406
BOYNTON BEACH, FL  33435

SUBJECT: TRANSAMERICA TAX MULTI SERVICES LLC
Ref. Number: L15000070731

We have received your document for TRANSAMERICA TAX MULTI SERVICES
LLC and your check(s) totaling $35.00.  However, the enclosed document has not
been filed and is being returned for the following correction(s):

We are enclosing the proper form(s) with instructions for your convenience.

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6051.

Deborah Bruce
Regulatory Specialist II                    Letter Number: 816A00020035

# COVER LETTER

TO:   **Registration Section**
      **Division of Corporations**

SUBJECT: _TransAmerica Tax Multi Services_
            Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Michaela Jallah_
            Name of Person

_TransAmerica Tax MultServices_
            Firm/Company

_400 South Federal Hwy Suite 402_
            Address

_Boynton Beach, FL 33435_
            City/State and Zip Code

_mjallah@taxmultiservices.com_
            E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_Michaela Jallah_ at (_561_) _932-2200_
            Name of Person         Area Code   Daytime Telephone Number

FILED 2016 OCT 11 P 2: 59 TALLAHASSEE FLORIDA

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee    ☐ $30.00 Filing Fee &      ☐ $55.00 Filing Fee &      ☐ $60.00 Filing Fee,
                            Certificate of Status      Certified Copy              Certificate of Status &
                                                       (additional copy is enclosed)   Certified Copy
                                                                                   (additional copy is enclosed)

_$35.00 ~~check~~ was mailed out to SunBiz_

**MAILING ADDRESS:**                    **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

Case No. 1:18-cv-22483
Case 1:18-cv-22483-DPG   Document 12-1   Entered on FLSD Docket 09/13/2018   Page 26 of
207
Declaration of Bruce A. McDonald
Attachment 1, p. 13 of 18

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

*TransAmerica Tax Multi Services*

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on *L15000070731* and assigned

Florida document number _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

*TransAmerica MultiServices Agency LLC*

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**            *N/A Same*

***(Principal office address MUST BE A STREET ADDRESS)***

**Enter new mailing address, if applicable:**            *N/A Same*

***(Mailing address MAY BE A POST OFFICE BOX)***

**B.   If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:            *N/A Same*

New Registered Office Address:            _____
                                       *Enter Florida street address*

                                       _____, **Florida** _____
                                       *City*            *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:

**MGR =  Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|

_____    _____    _____    ☐ Add

                                                          ☐ Remove

         N/A  Save on                                     ☐ Change
               file

_____    _____    _____    ☐ Add

                              _____    ☐ Remove

                              _____    ☐ Change

_____    _____    _____    ☐ Add

                              _____    ☐ Remove

                              _____    ☐ Change

_____    _____    _____    ☐ Add

                              _____    ☐ Remove

                              _____    ☐ Change

_____    _____    _____    ☐ Add

                              _____    ☐ Remove

                              _____    ☐ Change

_____    _____    _____    ☐ Add

                              _____    ☐ Remove

                              _____    ☐ Change

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

To whom it may concern,

Please change my business name from TransAmerica Tax Multi Services to TransAmerica MultiServices Agency LLC

Thanks,

Michaela Jalloh

**E. Effective date, if other than the date of filing:** _____ **(optional)**

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)  The 90th day after the record is filed.

Dated _____ , _____ .

_____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee:  $25.00**

**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000070731

**Entity Name:** TRANSAMERICA TAX MULTI SERVICES LLC

**Current Principal Place of Business:**

400 S. FEDERAL HIGHWAY,
 SUITE 406
BOYNTON BEACH, FL 33435

**Current Mailing Address:**

400 S. FEDERAL HIGHWAY,
 SUITE 406
BOYNTON BEACH, FL 33435 US

**FEI Number:** 47-3714294                                   **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

JALLAH, MICHEALA
500 NW 51ST AVE
DELRAY BEACH, FL 33445 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
                        Electronic Signature of Registered Agent                                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | JALLAH, MICHEALA |
| Address | 500 NW 51ST AVE |
| City-State-Zip: | DELRAY BEACH FL 33445 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHEALA JALLAH                              OWNER                         04/30/2016
_____
                Electronic Signature of Signing Authorized Person(s) Detail                                             Date

Apr 30, 2016
Secretary of State
CC2322374372

# Electronic Articles of Organization For
# Florida Limited Liability Company

**L15000070731**
**FILED 8:00 AM**
**April 22, 2015**
**Sec. Of State**
**nculligan**

## Article I

The name of the Limited Liability Company is:

TRANSAMERICA TAX MULTI SERVICES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

7 SOUTHERN CROSS LANE
202
BOYNTON BEACH, FL.   33436

The mailing address of the Limited Liability Company is:

7 SOUTHERN CROSS LANE
202
BOYNTON BEACH, FL.   33436

## Article III

Other provisions, if any:

PLEASE ADD MY EIN NUMBER TO SUNBIZ;473714294 THANKS
MICHEALA.

## Article IV

The name and Florida street address of the registered agent is:

MICHEALA  JALLAH
7 SOUTHERN CROSS LANE
202
BOYNTON BEACH, FL.   33436

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MICHEALA JALLAH

## Article V

The name and address of person(s) authorized to manage LLC:

L15000070731
FILED 8:00 AM
April 22, 2015
Sec. Of State
nculligan

Title:  MGR
MICHEALA  JALLAH
7 SOUTHERN CRSS LANE APT 202
BOYNTON BEACH, FL.  33436

## Article VI

The effective date for this Limited Liability Company shall be:

04/22/2015

Signature of member or an authorized representative

Electronic Signature: MICHEALA JALLAH

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on
**ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH, 500 NE SPANISH RIVER BLVD., #105, BOCA RATON, FL 33431.**

I, DAN ACKERMAN, do hereby affirm that on the **12th day of September, 2018** at **8:11 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded**
for the reason that I failed to find **ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH** or any information to allow further
search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018  3:25 pm  Attempted service at 500 NE SPANISH RIVER BLVD., #105, BOCA RATON, FL  33431, Company is not
there. Elite Senior Care is in this office
9/8/2018  7:57 am  Attempted service at 1555 NW 91 AVENUE, #832, CORAL SPRINGS, FL 33071, defendant unknown here
per black male in his 30's, refused name or any further information, defendant's vehicles not in parking lot, will attempt alternate
address provided
9/8/2018  8:09 am  Attempted service at 9623 NW 4TH STREET, CORAL  SPRINGS, FL 33071, tenant here is Christina
Stewart, defendant unknown, Will hold for further instructions

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff
Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.
Pursuant to FS 92.525(2) and 28 USC Section 1746,  no notary is required.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029018
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on **MICHEALA JALLAH, 500 NE SPANISH RIVER BLVD., #105, BOCA RATON, FL 33431.**

I, DAN ACKERMAN, do hereby affirm that on the **12th day of September, 2018** at 8:12 am, I:

**NON-SERVED the Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded** for the reason that I failed to find **MICHEALA JALLAH** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018  3:25 pm  Attempted service at 500 NE SPANISH RIVER BLVD., #105, BOCA RATON, FL 33431, Elite Senior Care is in this office
9/8/2018  7:57 am  Attempted service at 1555 NW 91 AVENUE, #832, CORAL SPRINGS, FL 33071, defendant unknown here per black male in his 30's, refused name or any further information, defendant's vehicles not in parking lot, will attempt alternate address provided
9/8/2018  8:09 am  Attempted service at 9623 NW 4TH STREET, CORAL  SPRINGS, FL 33071, tenant here is Christina Stewart, defendant unknown, Will hold for further instructions

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746,  no notary is required.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029012
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on
**ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH, 7 SOUTHERN CROSS LANE, #202, BOYNTON BEACH, FL 33436.**

I, Erick Maillard, do hereby affirm that on the **12th day of September, 2018** at 8:14 am, I:

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded** for the reason that I failed to find **ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/4/2018  7:55 pm  Attempted service at 7 SOUTHERN CROSS LANE, #202, BOYNTON BEACH, FL  33436, Does not live there per Ms Jordan

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029017
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

### RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on **MICHEALA JALLAH, 7 SOUTHERN CROSS LANE, #202, BOYNTON BEACH, FL 33436.**

I, Erick Maillard, do hereby affirm that on the **12th day of September, 2018** at **8:15 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded** for the reason that I failed to find **MICHEALA JALLAH** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/4/2018  7:55 pm  Attempted service at 7 SOUTHERN CROSS LANE, #202, BOYNTON BEACH, FL  33436, Does not live there per Ms. Jordan

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029016
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on **MICHEALA JALLAH, 500 NW 51 AVENUE, DELRAY BEACH, FL 33445.**

I, Erick Maillard, do hereby affirm that on the **12th day of September, 2018** at **8:16 am,** I:

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded** for the reason that I failed to find **MICHEALA JALLAH** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018  8:30 pm  Attempted service at 500 NW 51 AVENUE, DELRAY BEACH, FL  33445, Does not live there per Elizabeth Woods

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029015
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on
**ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH, 500 NW 51 AVENUE, DELRAY BEACH, FL 33445**.

I, Erick Maillard, do hereby affirm that on the **12th day of September, 2018** at **8:17 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded**
for the reason that I failed to find **ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH** or any information to allow further
search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018 8:30 pm Attempted service at 500 NW 51 AVENUE, DELRAY BEACH, FL 33445, Does not live there per Elizabeth
Woods

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified
Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to
FS 92.525(2) and 28 USC Section 1746, no notary is required.


_____

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029021
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on
**ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH, 1876 NORTH UNIVERSITY DRIVE, SUITE 2001, PLANTATION, FL 33322.**

I, DAN ACKERMAN, do hereby affirm that on the **12th day of September, 2018** at **8:18 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded**
for the reason that I failed to find **ALLNATION FINANCIAL, LLC. C/O MICHEALA JALLAH** or any information to allow further
search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018  9:39 am  Attempted service at 1876 NORTH UNIVERSITY DRIVE, SUITE 2001, PLANTATION, FL 33322, there is
no such suite number, defendant is not on building directory, will attempt alternate address provided

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff
Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.
Pursuant to FS 92.525(2) and 28 USC Section 1746,  no notary is required.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
(305) 374-3426

Our Job Serial Number: CPN-2018029019
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

### RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-22483-GAYLES/
OTAZO-REYES

Plaintiff:
**TRANSAMERICA CORPORATION,**

vs.

Defendant:
**TRANSAMERICA MULTISERVICES, INC., et. al.,**

For:
Aaron Weiss
CARLTON, FIELDS, JORDEN, BURT, P.A.
100 S.E. 2 Street
Suite 4200
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of August, 2018 at 2:48 pm to be served on **MICHEALA JALLAH, 1876 NORTH UNIVERSITY DRIVE, SUITE 2001, PLANTATION, FL 33322**.

I, DAN ACKERMAN, do hereby affirm that on the **12th day of September, 2018** at **8:18 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Letter, Consent Judgment and Complaint - Jury Trial Demanded** for the reason that I failed to find **MICHEALA JALLAH** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/29/2018  9:39 am  Attempted service at 1876 NORTH UNIVERSITY DRIVE, SUITE 2001, PLANTATION, FL 33322, there is no such suite number, defendant is not on building directory, will attempt alternate address provided

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746,  no notary is required.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018029013
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, June 29, 2018 9:28 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



| Ship date: | | Scheduled delivery: |
|---|---|---|
| **Thu, 6/28/2018** | | **Mon, 7/2/2018 by 10:30 am** |
| LaShan Early | | **Attn.: Micheala Jallah** |
| Smith Gambrell Russell LLP | | Allnation Financial LLC |
| Washington, DC 20007 | | 500 NE Spanish River Blvd., #105 |
| US | | BOCA RATON, FL 33431 |
| | | US |



Delivery exception

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Envelope |

| | |
|---|---|
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:27 AM CDT on 06/29/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 02, 2018 9:20 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

## See "Resolving Delivery Issues" for recommended actions

## See "Preparing for Delivery" for helpful tips

## Tracking # 772594863366



| Ship date:<br>**Thu, 6/28/2018** | | Scheduled delivery:<br>**Tue, 7/3/2018 by 10:30 am** |
|---|---|---|
| **LaShan Early**<br>Smith Gambrell Russell LLP<br>Washington, DC 20007<br>US | <br>Delivery exception | **Attn.: Micheala Jallah**<br>Allnation Financial LLC<br>500 NE Spanish River Blvd., #105<br>BOCA RATON, FL 33431<br>US |

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961259002 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |

| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:19 AM CDT on 07/02/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, July 03, 2018 9:17 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

> **CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



| Ship date: | Scheduled delivery: |
|---|---|
| **Thu, 6/28/2018** | **Tue, 7/3/2018 by 4:00 pm** |
| **LaShan Early** | 👁 Estimated between: |
| Smith Gambrell Russell LLP | **9:10 am - 10:25 am** |
| Washington, DC 20007 | **Attn.: Micheala Jallah** |
| US | Allnation Financial LLC |
| | 500 NE Spanish River Blvd., #105 |
| | BOCA RATON, FL 33431 |
| | US |



Delivery exception

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| Tracking number: | 772594863366 |
| Status: | Delivery exception |
| Department number: | 1679 |
| Door Tag number: | DT104961191789 |
| | DT104961259002 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |

| | |
|---|---|
| Reference: | 1679 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:16 AM CDT on 07/03/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. The "estimated between" time range is based on historical data of prior deliveries in the same delivery area for the same service type. Actual delivery time may vary based on current conditions such as weather, traffic, routing and other considerations. The "estimated between" time range is provided for the recipient's convenience and FedEx does not determine money-back guarantee or delay claim requests based on the "estimated between" time range. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, July 05, 2018 9:10 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



Ship date:
**Thu, 6/28/2018**

**LaShan Early**
Smith Gambrell Russell LLP
Washington, DC 20007
US


Delivery exception

Scheduled delivery:
**Pending**

👁Estimated between:
**9:10 am - 10:25 am**

**Attn.: Micheala Jallah**
Allnation Financial LLC
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | <u>772594863366</u> |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961191789 |
| | DT104961191789 |
| | DT104961259002 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |

1

| | |
|---|---|
| Reference: | 1679 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:10 AM CDT on 07/05/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. The "estimated between" time range is based on historical data of prior deliveries in the same delivery area for the same service type. Actual delivery time may vary based on current conditions such as weather, traffic, routing and other considerations. The "estimated between" time range is provided for the recipient's convenience and FedEx does not determine money-back guarantee or delay claim requests based on the "estimated between" time range. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Saturday, July 07, 2018 12:21 PM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



Ship date:
**Thu, 6/28/2018**

**LaShan Early**
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

Scheduled delivery:
**Pending**

**Attn.: Micheala Jallah**
Allnation Financial LLC
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961191789 |
| | DT104961191789 |
| | DT104961259002 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |

1

| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Unable to deliver shipment, returned to shipper | No action is required. The package is being returned to the shipper. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:20 AM CDT on 07/07/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Criminal & Infraction: MICHEALA JALLAH

---

### Administrative Office of the Courts Record

## Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/1987 |
| **Information Current Through:** | 03/04/2018 |
| **Database Last Updated:** | 05/25/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 06/08/2018 |
| **Source:** | BROWARD COUNTY COURTS |

## Defendant Information

| | |
|---|---|
| **Offender Name:** | JALLAH, MICHEALA |
| **Date of Birth:** | 03/XX/1989 |
| **Last Known Address:** | 500 NW 51ST AVE DELRAY BEACH, FL 33445-2140 |
| **Address County:** | PALM BEACH |
| **Gender:** | FEMALE |
| **Race:** | B |

## Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Citation Number:** | A1KO2UP |
| **Case Number:** | 16014364TI40A |
| **Case Type:** | INFRACTION |
| **Case Comment:** | ACCIDENT: NO, ACCIDENT: ACCIDENT: NO; COMMERCIAL VEHICLE: NO |
| **Charges Filed Date:** | 03/17/2016 |
| **Case Information:** | CASE CATEGORY: TRAFFIC INFRACTIONS; UNIFORM CASE NUMBER: 062016TR014364A88840 |
| **Statute Violated:** | 316.089(1) |
| **Offense Charged:** | FAIL TO DRIVE IN A SINGLE LANE |
| **Date of Offense:** | 03/15/2016 |
| **Case Type or Category:** | TRAFFIC INFRACTION |
| **Class of Offense:** | INFRACTION |
| **Disposition:** | ACQUITTED BY TRAFFIC HEARING OFFICER |
| **Disposition Date:** | 06/01/2016 |
| **Jurisdiction County:** | BROWARD |
| **Fine Amount Ordered:** | $0.00 |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents

---

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.   1

**Criminal & Infraction: MICHEALA JALLAH**

related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

Driver License: MICHEALA JALLAH

---

## Driver License Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 06/01/2018 |
| **Database Last Updated:** | 06/04/2018 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 06/08/2018 |
| **Source:** | FL DEPT OF HIGHWAY SAFETY AND MOTOR VEHICLES |

### License Information

| | |
|---|---|
| **Issuing State:** | FL |
| **License Type:** | REGULAR LICENCE |
| **Issue Date:** | 03/10/2014 |
| **License Expiration Date:** | 03/XX/2022 |
| **Original Issue Date:** | 02/11/2008 |

### Other Information:

| | |
|---|---|
| **Drivers License Number:** | J400540896XXX |

### Licensee Information

| | |
|---|---|
| **Name:** | MICHEALA JALLAH |
| **County:** | PALM BEACH |
| **Date of Birth:** | 03/XX/1989 |
| **Gender:** | FEMALE |
| **Mailing Address:** | 500 NW 51ST AVE DELRAY BEACH, FL 33445 |
| **Race:** | BLACK |
| **Height:** | 5'04" |
| **File Acquired Date:** | 07/09/2016 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

**Driver License: MICHEALA JALLAH**

Credit Header: MICHEALA JALLAH

---

## CREDIT HEADER

**Source Information**
**Information Current Through:**              05/01/2018

**Database Last Updated:**                    05/30/2018

**Update Frequency:**                         MONTHLY

**Current Date:**                             06/08/2018

**Source:**                                   EXPERIAN CREDIT HEADER

**Individual Information**
**Name:**                                     JALLAH, MICHEALA

**Also Known As:**                            MICHEALA, JALLAH

**Also Known As:**                            JALLA, MICHEALA

**Best SSN:**                                 214-73-XXXX

**Date of Birth:**                            03/XX/1989

**On File Since:**                            05/27/2009

**Last Known Address Information**
**1 Address:**                                500 51ST AVE NW
                                              DELRAY BEACH, FL 33445-2140

**Address First Reported:**                   11/26/2008

**Address Last Reported:**                    12/23/2017

**Other Address Information**
**2 Previous Address:**                       1555 91ST AVE NW
                                              CORAL SPRINGS, FL 33071-5523

**Address First Reported:**                   08/06/2017

**Address Last Reported:**                    08/06/2017

**3 Previous Address:**                       7 SOUTHERN CROSS LN APT 202
                                              BOYNTON BEACH, FL 33436-6775

**Address First Reported:**                   04/30/2014

**Address Last Reported:**                    06/06/2014

---

Credit Header: **MICHEALA JALLAH**

---

**4 Previous Address:**             17 CROSS 203 CIR
                                    BOYNTON BEACH, FL 33436


**Address First Reported:**         09/11/2015

**Address Last Reported:**          09/11/2015

**5 Previous Address:**             460 CLEVELAND AVE
                                    TRENTON, NJ 08629-1705


**Address First Reported:**         05/10/2013

**Address Last Reported:**          04/01/2015


*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

**End of Document**                                   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

*Suite 400*
*1055 Thomas Jefferson Street, NW*
*Washington, DC 20007*
*Main: 202-263-4300*
*Fax: 202 263-4329*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

*Bruce A. McDonald*
*bmcdonald@sgrlaw.com*

March 14, 2018

**Via Federal Express**

Ms. Michaela Jallah
TransAmerica Multiservices Agency LLC
1876 N. University Drive, Suite 200-I
Plantation, FL 33322

Re:     Unauthorized Use of Transamerica Name, Our Ref. 5514.1900

Dear Ms. Jallah:

Our firm represents Transamerica Corporation, an insurance and financial services company incorporated in Delaware with offices throughout the United States.  Our client's attention was drawn to the recent appearance of a website at www.tamultiservices.com, where your company is advertising insurance services with the following logo:



Transamerica requests that you cease and desist from use of the name "Transamerica" or any confusingly similar name on the grounds that it infringes our client's trademark rights under Sections 32(1) and 43(a) of the Lanham Act, 15 U.S.C. § 1114(1) and 1125(a), and related Florida law.

 *Atlanta  :  Austin  :  Jacksonville  :  Los Angeles  :  London  :  Munich  :  New York  :  Southampton  :  Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 2

For your reference, Transamerica is engaged in insurance and financial services through a network of subsidiaries and operating divisions including:

- Transamerica Life Insurance Company, Transamerica Advisors Life Insurance Company, Transamerica Advisors Life Insurance Company of New York, Transamerica Financial Life Insurance Company, providers of life and supplemental health insurance products and annuities;

- Transamerica Capital, Inc., a wholesale marketing and sales group that assists financial professionals in providing retirement services, mutual funds, life insurance and annuities;

- Transamerica Financial Advisors, Inc., a full service broker/dealer and financial services provider;

- Transamerica Asset Management, Inc., a provider of investment management services;

- Transamerica Retirement Solutions Corporation, a third-party administrator for employer-sponsored retirement plans;

- Transamerica Employee Benefits (formerly known as Transamerica Worksite Marketing), a business unit of the Transamerica Companies, that provides voluntary supplemental insurance products including term life, universal life, cancer, accident, and vision insurance;

- Transamerica International Re (Bermuda) Ltd. and Transamerica International Re Escritório de Representação no Brasil Ltda., providers of reinsurance services; and

- Transamerica Life (Bermuda) Ltd., an international provider of life insurance products.

Transamerica, through its subsidiaries, affiliates and predecessors, has used the name TRANSAMERICA since 1929 for investment services and owns the following United States Service Mark Registrations, which are available for inspection at www.uspto.gov/trademark:

| Mark | Reg. | Services |
|------|------|----------|
| **TRANSAMERICA** | 718358 | Consultation and advice in respect to investment of monies of others, in Class 35 (first use 1/1929) |
| **TRANSAMERICA** | 831626 | Underwriting of insurance – namely, life, including accident and health, in Class 36 (first use 7/18/1959) |



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 3

| Mark | Reg. | Services |
|---|---|---|
| **TRANSAMERICA** | 978808 | Financial services rendered to others – namely, providing loan services to others, providing consumer credit services, insurance underwriting and investment services, in Class 36 (first use 1958) |
| **TRANSAMERICA** | 1129244 | Business forms, house organ, corporate reports and bulletins issued periodically, and employee and corporate directories, in Class 16 (first use 1978) |
| TRANSAMERICA / TRANSAMERICA | 1635682 / 1635681 | Financial consulting services; investment management and counseling services; mutual funds management sales and distribution services; insurance premium financing services; insurance underwriting services for life, disability insurance; life reinsurance services; insurance agency services; underwriting services for variable life insurance and variable annuity products, in Class 36 (first use 9/30/1989) |
| **TRANSAMERICA** | 1202289 | Real estate asset and management services, in Class 36 (first use 1977) |
| **TRANSAMERICA** / TRANSAMERICA | 4511809 / 4511811 | Financial services, namely, underwriting and distribution of life and health insurance and annuity products; investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; and insurance agency and brokerage services, in Class 36 (first use 1929) |
| **TRANSAMERICA** | 4863327 | Organization and presentation of sports tournaments as an event sponsor, in Class 41 (first use 1989) |
| TRANSAMERICA / **TRANSAMERICA** | 4813213 / 4909084 | Pens, pencils, folders, note pads, stickers, stationery, writing pads, holiday cards, invitation cards, printed invitations, letterhead paper, notebooks, blank journals, paper note holders, pen and pencil holders, paperweights, paper name tags, memo cards, memo pads, memo holders, note cards, blank cards, postcards and greeting cards, posters, blank or partially printed paper labels, mailing labels, business cards, printed paper signs, printed paper signs, namely, table tents, markers, paper coasters, adhesive labels, adhesive materials for office use, namely, adhesive note paper, advertising pamphlets, advertising signs of paper, agendas, business forms, calendars, event programs, disposable napkins, paper napkins, hand towels of paper, paper bags, paper gift bags, paper envelopes for packaging, paper mats, paper name badges, paper report covers, paper signboards, paper stock, paper table cloths, paper table linens, printed advertising boards of paper, printed awards, printed certificates, printed charts, printed forms, printed graphs, printed seminar note, in Class 16 (first use 9/2011) |




*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 4

     In addition, Transamerica owns the following federal registrations for service marks beginning with the TRANSAMERICA name followed by terms suggestive of financial services:

| Mark | Reg. No. |
|------|----------|
| TRANSAMERICA TRIBUTE | 2224207 |
| TRANSAMERICA CLASSIC | 2228202 |
| TRANSAMERICA BOUNTY | 2246732 |
| TRANSAMERICA PLAN MAXIMIZER | 2284121 |
| TRANSAMERICA ELITE | 2458663 |
| TRANSAMERICA SECURE REWARDS | 2486240 |
| TRANSAMERICA PLAN PLUS | 2609854 |
| TRANSAMERICA CENTER FOR RETIREMENT STUDIES | 3058524 |
| TRANSAMERICA SECURE | 3430218 |
| TRANSAMERICA I-SERIES | 3665517 |
| TRANSAMERICA TRANSFORM TOMORROW | 4169169 |
| TRANSAMERICA TOTAL PLAN MANAGEMENT | 4392736 |
| TRANSAMERICA WEALTH MANAGEMENT STRATEGIES | 4511738 |
| THE TRANSAMERICA DIFFERENCE | 4549033 |
| TRANSAMERICA JOURNEY | 4601889 |
| TRANSAMERICA INSTITUTE | 4634309 |
| TRANSAMERICA RETIREMENT SERVICES | 4660133 |
| TRANSAMERICA RETIREMENT SOLUTIONS | 4660134 |
| TRANSAMERICA CENTER FOR HEALTH STUDIES | 4725082 |
| TRANSAMERICA FINANCIAL FOUNDATION IUL | 4761806 |
| TRANSAMERICA SECURE RETIREMENT INDEX | 4795843 |
| TRANSAMERICA INCOME PLUS | 4818494 |
| TRANSAMERICA FREEDOM ASSET ADVISOR | 4819598 |
| TRANSAMERICA GLOBAL LINK SOLUTIONS | 4835216 |
| TRANSAMERICA GLOBAL LINK SOLUTIONS & Design | 4835217 |
| TRANSAMERICA RETIREMENT PLAN EXCHANGE | 4841706 |
| TRANSAMERICA RETIREMENT SOLUTIONS | 4877887 |



*Atlanta : Austin : Jacksonville : Los Angeles :  London : Munich : New York : Southampton : Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 5

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA FASTTRACK RETIREMENT PLAN** | 5009328 |
| **TRANSAMERICA TRAVEL PROTECTION** | 5095977 |
| **TRANSAMERICA PROVIDER SELECT** | 5115467 |
| **TRANSAMERICA INSPIRE** | 5287959 |
| **TRANSAMERICA PERSONALIZED PORTFOLIOS** | 5341976 |

Advertising of the TRANSAMERICA name reaches a national audience through U.S. consumer publications and network television. The name has been widely promoted on CBS, NBC and ABC in to publications such as "Time," "Newsweek," "Sports Illustrated," "The Wall Street Journal," "Forbes," and "U.S. News & World Report," and on cable television, network radio and other media. The name has also been used for the sponsorship of sporting events since the 1986 Transamerica Open in San Francisco. Transamerica sponsors the Major League Soccer team the Colorado Rapids and the American Junior Golf Association's Transamerica Scholastic Junior All-America Team, and is well known for its sponsorship of athletes and health and fitness initiatives. See https://www.transamerica.com/individual/why-transamerica/who-we-are/sponsorships.

We note that your website includes the following advertisement for life insurance, business insurance and health insurance, all of which is underwritten and distributed by our client through its subsidiaries and operating divisions:



Your website also refers to your company as an "insurance company," http://tamultiservices.com/index.php/mission, and the first three words after "Our Products and Services" at http://tamultiservices.com/index.php/services are "Insurance, Mutual Funds, and Annuities." *See also* http://tamultiservices.com/index.php/why-choose-us ("TransAmerica can help you find insurance plan to fit your needs in all aspects of your life.").

Due to extensive use and advertising of the TRANSAMERICA name since 1929, our client believes that your company's continued use of the name TransAmerica Multiservices is likely to cause confusion, mistake or deception, causing the public to believe, mistakenly, that your company's services are those of our client or vice versa, or that your company's services are authorized, licensed, endorsed or approved by our client, or that there is some other relationship between your company and our client. Such activity constitutes federal service mark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); federal unfair competition, false representation and false designation of origin under Section 43(a) of the



SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 6

Lanham Act, 15 U.S.C. § 1125(a); unfair competition under the common law of Florida; violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.204(1); and Florida statutory false advertising in violation of 817.06 and 817.40-817.47.

To avoid further action, our client requests that you take the following actions within thirty days from the date of this letter:

(1)     Cease and desist from all commercial use of the TRANSAMERICA name and refrain from future use of that name, or any name confusingly similar to it, as all or part of any trade name, service mark, trademark, Internet domain name, keyword or other advertising, or other commercial use;

(2)     Remove all content from the website at www.tamultiservices.com and any other websites that been used to advertise services under the TRANSAMERICA name, and delete all such domain name registrations, including but not necessarily limited to TAMULTISERVICES.COM; and

(3)     Confirm that you have taken these actions by verbal or written communication to the undersigned.

Please let us know if you have any questions about this letter, otherwise we will look forward to hearing from you within thirty days.

Sincerely,

Bruce A. McDonald

BAM:me

cc:        Transamerica Corporation
           Holly B. Lance



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

TransAmerica Multiservices | Insurance Home | 561-932-7200

🔍

+1 561-932-7200

info@tamultiservices.com

1876 N University Drive Suite 200-I Plantation,
FL 33322

Menu













TransAmerica Multiservices | Insurance Home | 561-932-7200

# Request an Affordable Quote

Requesting a free, no-obligation insurance quote through TransAmerica Multiservices is faster and easier than ever!

## 24 hours Service

We are here when you need us 24 hours a day 7 days a week.

## Affordable Low Rates

TransAmerica works with you to find out whats right for you and your future.

## Multiple Options

Our partners have many options to protect you and your families needs.

## Fast Coverage

Don't waste time and effort, let our staff complete your request accurately.



## Get A Quote

| | |
|---|---|
| First Name * | |
| Last Name * | |
| Phone Number * | |
| Best Call time | AM          PM |
| E-mail * | |
| Insurance Type * | Car |
| Comments | Placeholder |

Submit    Reset



Copyright TransAmerica Multiservices © 2018 . Proudly powered by American Computer Solutions ACS.

**TransAmerica**
Multiservices

+1 561-932-7200

info@tamultiservices.com

1876 N University Drive Suite 200-I Plantation,
FL 33322

Menu

# Why you should choose us?

We understand that before you can trust us with your financial future, you have to believe we have our own financial house in order. That's why we've dedicated ourselves to building a reputation of solid management and sound solutions for over 15 years.

- Stability and reliability
  We have this one covered. The TransAmerica Multiservices has over 15 years of experience.

- Clarity
  While insurance language can sometimes be complex, we'll always strive to communicate with you as clearly and straightforward as we can.

- Products
  TransAmerica Multiservices can help you find Insurance plans to fit your needs in all aspects of your life.

Copyright TransAmerica Multiservices © 2018 . Proudly powered by American Computer Solutions ACS.

http://tamultiservices.com/index.php/why-choose-us/[2/20/2018 11:30:01 AM]

**TransAmerica**
Multiservices

🔍

+1 561-932-7200

info@tamultiservices.com

1876 N University Drive Suite 200-I Plantation,
FL 33322

Menu

# TransAmerica Multiservices Mission Statement

Our mission is to put in place and educate people from different countries how to establish great financial foundation for individual, families, businesses, organizations and communities to grow financially strong throughout the United State of America.

## Our Culture

TransAmerica Multiservices embraces a culture based on our core values of integrity, relationships, and excellence. These values define who we are and what we do, as individuals and as a company.

Integrity. An insurance policy is essentially a promise to provide protection, security, and peace of mind to our policyholders. Central employees are committed to fulfilling these promises everyday by offering quality products, operating a stable company with sound investments, and providing outstanding customer service.

Relationships. These are the building blocks of our company. We value the relationships we build with our policyholders, our agents, and each other. TransAmerica Multiservices fosters a supportive environment for personal and professional growth, where each individual is valued for the unique skills and talents they bring to the organization. This is primarily why many of our employees have been with the company 10 years or longer.

Excellence. At TransAmerica Multiservices, we continually challenge ourselves to achieve more. We believe in investing in our people through learning and skill development, encouraging innovation and creativity, and providing

strong leadership from visionaries who truly care about each employee. Setting such high standards is how Central attracts the most talented people for our team and is what makes us an excellent insurance company.

Copyright TransAmerica Multiservices © 2018 . Proudly powered by American Computer Solutions **ACS**.

+1 561-932-7200

info@tamultiservices.com

1876 N University Drive Suite 200-I Plantation, FL 33322

**TransAmerica**
Multiservices

Menu

# Our Products and Services!

## Insurance

## Mutual Funds

## Anuities

## Misc Services

- Life Insurance
- Term Life
- Whole Life
- Universal Life
- Variable Universal Life
- Long Term Care
- Accidental Death
- Medicare Solutions
- Final Expense
- Dental Insurance
- Auto Insurance

- Funds List
- Performance
- Commentary and Insights
- Mutual Fund Forms
- Prospectus
- TransAmerica Asset Management

- Variable Annuities
- Fixed Index Annuities
- Benefits
- Performance
- Prospectus
- Literature

- Tax Preparation
- Credit Repair
- Immigration Services
- 24 Hr Notary

Copyright TransAmerica Multiservices © 2018 . Proudly powered by American Computer Solutions **ACS**.

Page 1 of 1

**FedEx**
Express

**Attention Sender**

THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ Refused by recipient.
☐ Recipient moved and left no forwarding address or phone number.
☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
☐ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.
Questions? Go to our Web site at fedex.com. Call 1.800.Go.FedEx 1.800.463.3339.

☐ A P.O. box number was the only address given or obtainable.
☐ We were unable to collect C.O.D. charges.
☐ Shipper requested return.
☐ Shipment returned if undelivered after 5 days.
☐ Other:

159396 REV 8/08 RRD

ORIGIN ID:ZRZA        (202) 263-4342
LASHAN EARLY
SMITH GAMBRELL RUSSELL LLP
1055 THOMAS JEFFERSON STREET NW
SUITE 400
WASHINGTON, DC 20007
UNITED STATES US

SHIP DATE: 14MAR18
ACTWGT: 1.00 LB
CAD: 104732755/INET3980

BILL SENDER

TO **MS. MICHAELA JALLAH**
   **TRANSAMERICA MULTISERVICES AG. LLC**
   **1876 N. UNIVERSITY DR. SUITE 200-I**

   **PLANTATION FL 33322**
   (202) 263-4362
   INV: 5514                REF: 4362
   PO: 034697
                           DEPT: 4362

**FedEx**
Express

**E**

**THU - 15 MAR 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201    **7800 6630 6224**

**XH ZFTA**        **33322**
FL-US    **FLL**

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 10, p. 1 of 1

info@tamultiservices.com
1076 N University Drive Suite 300-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:00

Home













**Request an Affordable Quote**
Requesting a free, no-obligation insurance quote through TransAmerica Multiservices is faster and easier than ever!

**24 hours Service**
We are here when you need us 24 hours a day 7 days a week.

**Affordable Low Rates**
TransAmerica works with you to find out whats right for you and your future.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 10, p. 1 of 1

*Suite 400*
*1055 Thomas Jefferson Street, NW*
*Washington, DC 20007*
*Main: 202-263-4300*
*Fax: 202 263-4329*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

*Bruce A. McDonald*
*bmcdonald@sgrlaw.com*

April 30, 2018

**Via Federal Express**

**Via Certified Mail**

Ms. Michaela Jallah
TransAmerica Multiservices Agency LLC
1876 N. University Drive, Suite 200-I
Plantation, FL 33322

     Re:    Unauthorized Use of Transamerica Name, Our Ref. 5514.1900

Dear Ms. Jallah:

    We are writing to confirm your receipt of our letter dated March 14, 2018, copy enclosed, and also to confirm our telephone discussion today in which you acknowledged that you are aware of our client's claim.

    It is my understanding from our discussion today that you do not wish to be contacted again by our client regarding this matter. I should add that you hung up on me after telling me not to call again. I will relay this message to our client.

    Please contact the undersigned at your earliest convenience if you decide to reconsider your position in this matter, otherwise we have no choice but to recommend further action.

    Sincerely,

Bruce A. McDonald

BAM:me

cc:     Transamerica Corporation (w/enc.)
        Holly B. Lance (w/enc.)



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*




US•POSTAGE
$07.41²
ZIP 20036
011D11636607

7017 0660 0001 1202 2032



**SGR** SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

Suite 400
1055 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

Ms. Michaela Jallah
TransAmerica Multiservices Agency LLC
1876 N. University Drive, Suite 200-I
Plantation, FL 33322




NIXIE   326   72 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:                    7205/18/18
        *2247N130174-02241*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X
☐ Agent
☐ Addressee

**B. Received by (*Printed Name*)**    **C. Date of Delivery**

**1. Article Addressed to:**

Ms. Michaela Jallah
Transamerica Multiservices Agency
LLC.
1876 N. University Drive, Suite 200I
Plantation, FL 33322

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 2739 6351 6680 19

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**2. Article Number (*Transfer from service label*)**
7017 0660 0001 1202 2032

PS Form **3811**, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 1 of 11

+1 561-932-7200
info@tamultiservices.com
1876 N University Drive Suite 200-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:30

Menu

## Request an Affordable Quote

Requesting a free, no-obligation insurance quote through TransAmerica Multiservices is faster and easier than ever!

**24 hours Service**
We are here when you need us 24 hours a day 7 days a week.

**Affordable Low Rates**
TransAmerica works with you to find out whats right for you and your future.

**Multiple Options**
Our partners have many options to protect you and your families needs.

**Fast Coverage**
Don't waste time and effort, let our staff complete your request accurately.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 1 of 11

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 2 of 11



Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 2 of 11







Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 3 of 11

+1 561-932-7200
info@tamultiservices.com
1876 N University Drive Suite 200-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:30

Auto Insurance

Auto insurance protects you against financial loss if you have an accident. It is a contract between you and the insurance company. You agree to pay the premium and the insurance company agrees to pay your losses as defined in your policy. Auto insurance provides property, liability and medical coverage:

- Property coverage pays for damage to or theft of your car.
- Liability coverage pays for your legal responsibility to others for bodily injury or property damage.
- Medical coverage pays for the cost of treating injuries, rehabilitation and sometimes lost wages and funeral expenses.

An auto insurance policy is comprised of six different kinds of coverage. Most states require you to buy some, but not all, of these coverages. If you're financing a car, your lender may also have requirements. Most auto policies are for six months to a year. Your insurance company should notify you by mail when it's time to renew the policy and to pay your premium.

Get A Quote

First Name *
Last Name *
Phone Number *
Best Call time AM PM
E-mail *
Insurance Type * Car
Comments

Submit Reset

## Top 5 Questions to Ask Before Buying Auto Insurance

You and your car together represent a unique combination—and you'll get the best insurance value by shopping for a policy that perfectly matches it. Your coverage should reflect your needs, priorities and budget. You'll want to evaluate how you use your car, what risks you face and what options you want from an insurer before you compare policies and insurers.

### Take a Good Look at Yourself—*and Your Car*

Consider the following questions when you're getting ready to shop for auto insurance:

**1. How Much Do You Love Your Car?**

Okay, your car is not a family member or even a person, but do you have a very special attachment to it? If so, you'll want it fixed perfectly—or replaced with the same model—if anything happens to it. So shop for the fullest range of insurance, including collision, comprehensive and even glass coverage. On the other hand, if you drive a beater, see cars as interchangeable and want to save on premiums, you might consider purchasing only liability insurance.

**2. How Much Do You Drive?**

Do you absolutely need your car every day—for instance, to get to work? Or is owning a car mostly a matter of convenience that you could forgo if needed? Do you drive 100 miles a month or closer to 1,000 or more? Make sure your policy reflects how much you drive. If you don't drive a lot, you may want to opt for mileage-based insurance.

**3. Will You Be Using Your Car for Work?**

If you use your car not just to get to work, but to perform work tasks, commercial auto insurance is a necessity. A personal auto policy will not provide coverage if you deliver pizzas, drive as a courier, transport paying passengers through a ride-share service or use your car for other commercial activities.

**4. Where Do You Live—and Park?**

Where you live will impact your insurance rates—and it may be a factor in what coverage you purchase. For example, cars parked on the street in urban areas face a greater risk for theft or vandalism, so you may want to purchase comprehensive coverage. You may discover that your rates fall if you move from a city to a suburb.

**5. Is Your Car Financed or Leased?**

If you still owe money on your car or have to return it in good condition when a lease expires, you'll likely be required to insure the car for its full value—and even for any gap between what you owe and the car's market value. Collision and comprehensive will cover damage to your car up to its value—and supplemental gap insurance will cover the rest.

Keep in mind that your insurance options and costs will also be affected by your age, gender and driving record. Be aware too that your credit score can also impact your insurance rates.

Once you've looked at your needs and priorities, and understood how insurance options will match them, you'll be better prepared to make an informed decision about the types and levels of coverage to buy.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 3 of 11

+1 561-932-7200
info@tamultiservices.com
1876 N University Drive Suite 200-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:30

Home Insurance

Most standard homeowners insurance policies include four essential types of coverage:

1. Coverage for the structure of your home
2. Coverage for your personal belongings
3. Liability protection
4. Additional living expenses if you are temporarily unable to live in your home because of an insured disaster

### 1. The Structure of Your House
### 2. Your Personal Belongings
### 3. Liability protection
### 4. Additional living expenses (ALE)

## What Is Homeowners Insurance?

Homeowners insurance provides financial protection against disasters. A standard policy insures the home itself and the things you keep in it.

Homeowners insurance is a package policy. This means that it covers both damage to your property and your liability or legal responsibility for any injuries and property damage you or members of your family cause to other people. This includes damage caused by household pets.

Damage caused by most disasters is covered but there are exceptions. The most significant are damage caused by floods, earthquakes and poor maintenance. You must buy two separate policies for flood and earthquake coverage. Maintenance-related problems are the homeowners' responsibility.

## What You Need to Know About Renters Insurance

Renters insurance provides financial protection against the loss or destruction of your possessions when you rent a house or apartment. While your landlord may be sympathetic to a burglary you have experienced or a fire caused by your iron, destruction or loss of your possessions is not usually covered by your landlord's insurance. Because in most cases, renters insurance covers only the value of your belongings, not the physical building, the premium is relatively inexpensive.

By purchasing renters insurance, your possessions are covered against losses from fire or smoke, lightning, vandalism, theft, explosion, windstorm and water damage (not including floods). Like homeowners insurance, renters insurance also covers your responsibility to other people injured at your home or elsewhere by you, a family member or your pet and pays legal defense costs if you are taken to court.

Renters insurance covers your additional living expenses if you are unable to live in your apartment because of a fire or other covered peril. Most policies will reimburse you the difference between your additional living expenses and your normal living expenses but still may set limits as to the amount they will pay.

## Get A Quote

First Name *
Last Name *
Phone Number *
Best Call time AM PM
E-mail *
Insurance Type * Car
Comments

Submit Reset

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 5 of 11

Home Insurance :



+1 561-616-1593    info@zeroflowinsurance.com    1678 N University Drive Suite 100 • Plantation, FL 33322    Monday - Friday: 9:00 - 18:00

Copyright © 2016 , Proudly powered by WordPress & The HIT Tailor by cthstyt.com

http://zeroflowins.com/index.php/home-insurance/[6/25/2018 12:50:14 PM]





+1 561-932-7200
info@tamultiservices.com
1876 N University Drive Suite 200-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:30

Life Insurance

# Life Insurance

## How Does Term Life Coverage Work?

Term life insurance is in force for a particular period that you decided. The most common terms are 10, 20 and 30 years. As long as you pay the premium, the insurance policy is in good order. The premium will never go up even if your health condition worsens.

- A typical term life insurance coverage policy guarantees fixed rates. This means that how big obligations designed to the life insurance coverage company doesn't change with time. A policy owner makes obligations, all equal amount, at equal times of your time (monthly, quarterly, semi-yearly, or yearly, based on the organization and policy).
- A typical term life insurance coverage policy guarantees a set dying benefit. This means that the dying benefit is going to be of a specific amount no matter how lengthy a policy has been around pressure. The insurance provider pays exactly the same amount when the insured dies throughout the very first day of coverage as though he/she dies throughout the 29th year of coverage.

## Who Should Get Term Life Insurance Coverage?

Anyone that is looking to provide income replacement for their family should consider purchasing term life insurance.

For those who have children in your own home, carry financial obligations, or own a company, term life insurance coverage might be a great (and affordable) resource to keep. Having a wife and three sons in my household, life insurance is a must.

If you're in a good bill of health, then in only a matter of seconds, you could have term life insurance coverage quotes from a large number of competing life insurance coverage companies.

## Why Some Quotes for Life Insurance May Differ From Others

When comparing two separate term life insurance policies, you may notice that – even with the same exact coverage amounts of each of the policies – the amount of premium that is charged to the policyholder could be quite a bit different.

This is because, what many people may not be aware of is that, while all insurance companies have some type of criteria for evaluating their applicants for coverage, these factors are not all identical. This means that the same applicant for coverage may apply for term life insurance at one life insurance company and obtain a certain premium rate, and he or she could apply for the same amount and type of coverage at a different insurance carrier and obtain a drastically different premium rate.

This is why it makes sense to shop for your life insurance coverage at more than just one life insurance carrier before making your final decision – as it could end up saving you a great deal of money over time.

Form

Get A Quote

First Name *

Last Name *

Phone Number *

Best Call time AM PM

E-mail *

Insurance Type * Car

Comments

Submit Reset

Life Insurance
Protect Your
Family and
Yourself

+1 561-932-7200 info@tamultiservices.com 1876 N University Drive Suite 200-I Plantation, FL 33322 Monday - Friday: 9:00 - 18:30

Copyright © 2018 . Proudly powered by WordPress & The WP Theme by ceewp.com.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 13, p. 8 of 11

+1 561-932-7200
info@tamultiservices.com
1876 N University Drive Suite 200-I Plantation, FL 33322
Monday - Friday: 9:00 - 18:30

Business Insurance

## Business Insurance

## Let Us Help You Get the Right Business Insurance

*Any business that has equity or deals with customers needs insurance. Vetting the right broker is difficult, and even then you want to make sure you're getting a good deal. At TransAmerica Multiservices, we do the work for you. To connect now and get your specific needs met, contact me at mjallah@tamultiservices.com.*

Change happens fast when you own a business, and that's why it's a good idea to re-evaluate the kind of business insurance you have in order to make sure it matches those changes. Maybe you've grown, shrunk or hired new employees. Simply renewing your plans from the previous term may open you up to problems down the road. That's why we have insurance partners to help you get the right coverage.

Depending on your business type and how many employees you have, there are a variety of insurance types that might make sense. Below are some of the most common types of insurance that our members use.

### General Liability

A lawsuit is the last thing any business wants to deal with, but it happens — and often when you least expect it. Most companies need general liability insurance, which covers bodily injury, property damage and personal injury. This could be anything from computer theft to accusations of slander.

**Who it is for:** Any business that wants to keep its assets from becoming vulnerable in the event of a lawsuit.

Some of the most common coverage options that are customized in these packages are:

- Business Owner's Policies (BOP)
- Workers' Compensation
- General Liability Business Insurance
- Errors & Omissions
- Commercial Auto
- Commercial Property
- Group Benefits
- Professional Liability

### Professional Liability (AKA Errors & Omissions)

Professional liability insurance covers charges related to the delivery of services or negligence. Businesses may opt for this type of coverage in order to protect against claims of inaccurate advice or failure to perform services. This could include anything from the loss of client data to copyright infringement. Say you sell software to a client and that software either fails or does not perform as advertised. If your client experiences financial loss because of this failure, you could be at risk.

**Who it is for:** Businesses that offer professional and personal services, such as consulting, accounting, construction, medical services, etc.

### Cyber Insurance

Losing sensitive data is expensive. According to a study, the average consolidated cost of a data breach has risen 23 percent since 2013. Cyber insurance protects against cases of theft, loss of data and security breaches.

### Directors and Officers Insurance

Officers make mistakes. It's only natural considering both the sheer number of decisions and the complexity of such decisions they make on a daily basis. D&O insurance makes it so that directors and officers are not personally liable (whether criminal, civil or administrative if something goes wrong).

**Who it is for:** If you have investors, a board of directors or advisors, likely, they will require you have D&O

**Who it is for:** Virtually any company that handles private client information or has a website.

Grow and Protect Your Business
Compare Rates Free!

Get A Quote

First Name*
Last Name*
Phone Number*
Best Call time AM PM
E-mail*
Insurance Type* Car
Comments

Submit Reset

+1 561-932-7200 info@tamultiservices.com 1876 N University Drive Suite 200-I Plantation, FL 33322 Monday - Friday: 9:00 - 18:30

Copyright © 2018 . Proudly powered by WordPress & The WP Theme by ceewp.com.

**Case No. 1:18-cv-22483**
**Declaration of Bruce A. McDonald**
**Attachment 13, p. 10 of 11**

Health Insurance -

http://muotheservice.com/index.php/health-insurance/[8/25/2018 12:56:50 PM]

Suite 400
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Main: 202-263-4300
Fax: 202 263-4329
www.sgrlaw.com

Bruce A. McDonald
bmcdonald@sgrlaw.com

**SMITH, GAMBRELL & RUSSELL, LLP**
*Attorneys At Law*

June 21, 2018

**<u>Via Federal Express and Regular Mail</u>**

Micheala Jallah
d/b/a TransAmerica Multiservices
326 Washington Ave.
Homestead, FL 33030

400 South Federal Highway
Boynton Beach, FL 33435

500 NE Spanish River Blvd., # 105
Boca Raton, FL 33431

501 51st Ave. N.W.
Delray Beach, FL 33445-2140

> Re:   *Transamerica Corp. v. TransAmerica Multiservices Inc., Allnation Financial LLC and Micheala Jallah,* Case No. 1:18-cv-22483 (S.D.Fla.)

Dear Ms. Jallah:

Our client, Transamerica Corporation, has attempted to contact your business twice at the address listed on your website at www.tamultiservices.com.  Copies of such correspondence are enclosed.  We have received no response to our correspondence.  Therefore, we have been instructed to file the attached Complaint.

Before our client files proof of service or takes further action, we have been instructed to provide you with a final opportunity to avoid further action by taking the following actions within ten (10) business days from your receipt of this letter:

(1)   Cease and desist from:

    (a)   all use of all use of the name "TransAmerica Multiservices" and any other name that incorporates, imitates or is confusingly similar to the name "Transamerica," including but not limited to "TransAmerica MultiServices," "TransAmerica Multiservices Agency," and



*Atlanta  ·  Austin  ·  Jacksonville  ·  Los Angeles  ·  London  ·  Munich  ·  New York  ·  Southampton  ·  Washington, D.C.*

Michaela Jallah
June 21, 2018
Page 2

        "Transamerica Tax Multi Services," as all or part of any trade name, corporate or entity name, trademark, service mark, Internet domain name, or portion thereof;

    (b)    purchasing, selling, or using any form of advertising, including keywords or "Adwords" in Internet advertising, that contain the name "TransAmerica Multiservices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto;

    (c)    using the name "Transamerica" or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto, for any product or service, or in any letterhead, sign, website, advertising or promotion, e-mail or other sales solicitation or business listing, either in print, broadcast, electronic or other form, either separately or compositely with other words; and

    (d)    making representations, directly or indirectly, to anyone, anywhere, by any means, including but not limited to unauthorized co-branding, that Defendants are related to, associated or affiliated with, or sponsored, endorsed or approved by Transamerica.

    (2)    Revoke, alter or amend all articles of incorporation, organizational and corporate documents including but not limited to those on file with the Florida Secretary of State or other federal, state or local authorities, as well as all directory listings, advertisements and other public information that you have disseminated, or caused to be disseminated, so as to delete any and all references to "TransAmerica," or any name that incorporates, imitates or is confusingly similar to "Transamerica," as all or part of any trademark, service mark, trade name, corporate or entity name, domain name, keyword advertising or other commercial use.

    (3)    Send written notice to all advertisers, Internet service providers, Internet registration service providers and other parties who have provided any advertising services to you or your companies, instructing them to activate the name "Transamerica" as a negative keyword or negative Adword in any Internet advertising purchased, sold or used by you or your companies now and in the future.



SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

Michaela Jallah
June 21, 2018
Page 3

    (4)    Confirm in writing that you have taken these actions and provide copies of correspondence or other documents showing that they have been completed.

    Sincerely,

    Bruce A. McDonald

BAM:me
Enclosure

cc:    Transamerica Corporation (w/enc.)
    Gail Podolsky, Esq. (w/enc.)
    Aaron S. Weiss, Esq. (w/enc.)



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

Suite 400
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Main: 202-263-4300
Fax: 202 263-4329
www.sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

Bruce A. McDonald
bmcdonald@sgrlaw.com

April 30, 2018

**Via Federal Express**

**Via Certified Mail**

Ms. Michaela Jallah
TransAmerica Multiservices Agency LLC
1876 N. University Drive, Suite 200-I
Plantation, FL 33322

      Re:    Unauthorized Use of Transamerica Name, Our Ref. 5514.1900

Dear Ms. Jallah:

      We are writing to confirm your receipt of our letter dated March 14, 2018, copy enclosed, and also to confirm our telephone discussion today in which you acknowledged that you are aware of our client's claim.

      It is my understanding from our discussion today that you do not wish to be contacted again by our client regarding this matter.  I should add that you hung up on me after telling me not to call again.  I will relay this message to our client.

      Please contact the undersigned at your earliest convenience if you decide to reconsider your position in this matter, otherwise we have no choice but to recommend further action.

      Sincerely,

Bruce A. McDonald

BAM:me

cc:      Transamerica Corporation (w/enc.)
          Holly B. Lance (w/enc.)



*Atlanta  :  Austin  :  Jacksonville  :  Los Angeles  :  London  :  Munich  :  New York  :  Southampton  :  Washington, D.C.*

*Suite 400*
*1055 Thomas Jefferson Street, NW*
*Washington, DC 20007*
*Main: 202-263-4300*
*Fax: 202 263-4329*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

*Bruce A. McDonald*
*bmcdonald@sgrlaw.com*

March 14, 2018

**<u>Via Federal Express</u>**

Ms. Michaela Jallah
TransAmerica Multiservices Agency LLC
1876 N. University Drive, Suite 200-I
Plantation, FL 33322

      Re:    Unauthorized Use of Transamerica Name, Our Ref. 5514.1900

Dear Ms. Jallah:

      Our firm represents Transamerica Corporation, an insurance and financial services company incorporated in Delaware with offices throughout the United States.  Our client's attention was drawn to the recent appearance of a website at <u>www.tamultiservices.com</u>, where your company is advertising insurance services with the following logo:



      Transamerica requests that you cease and desist from use of the name "Transamerica" or any confusingly similar name on the grounds that it infringes our client's trademark rights under Sections 32(1) and 43(a) of the Lanham Act, 15 U.S.C. § 1114(1) and 1125(a), and related Florida law.

 *Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 2

For your reference, Transamerica is engaged in insurance and financial services through a network of subsidiaries and operating divisions including:

- Transamerica Life Insurance Company, Transamerica Advisors Life Insurance Company, Transamerica Advisors Life Insurance Company of New York, Transamerica Financial Life Insurance Company, providers of life and supplemental health insurance products and annuities;

- Transamerica Capital, Inc., a wholesale marketing and sales group that assists financial professionals in providing retirement services, mutual funds, life insurance and annuities;

- Transamerica Financial Advisors, Inc., a full service broker/dealer and financial services provider;

- Transamerica Asset Management, Inc., a provider of investment management services;

- Transamerica Retirement Solutions Corporation, a third-party administrator for employer-sponsored retirement plans;

- Transamerica Employee Benefits (formerly known as Transamerica Worksite Marketing), a business unit of the Transamerica Companies, that provides voluntary supplemental insurance products including term life, universal life, cancer, accident, and vision insurance;

- Transamerica International Re (Bermuda) Ltd. and Transamerica International Re Escritório de Representação no Brasil Ltd., providers of reinsurance services; and

- Transamerica Life (Bermuda) Ltd., an international provider of life insurance products.

Transamerica, through its subsidiaries, affiliates and predecessors, has used the name TRANSAMERICA since 1929 for investment services and owns the following United States Service Mark Registrations, which are available for inspection at www.uspto.gov/trademark:

| Mark | Reg. | Services |
|---|---|---|
| **TRANSAMERICA** | 718358 | Consultation and advice in respect to investment of monies of others, in Class 35 (first use 1/1929) |
| **TRANSAMERICA** | 831626 | Underwriting of insurance – namely, life, including accident and health, in Class 36 (first use 7/18/1959) |



*Atlanta  ፡  Austin  ፡  Jacksonville  ፡  Los Angeles  ፡  London  ፡  Munich  ፡  New York  ፡  Southampton  ፡  Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 3

| Mark | Reg. | Services |
|---|---|---|
| **TRANSAMERICA** | 978808 | Financial services rendered to others – namely, providing loan services to others, providing consumer credit services, insurance underwriting and investment services, in Class 36 (first use 1958) |
| **TRANSAMERICA** | 1129244 | Business forms, house organ, corporate reports and bulletins issued periodically, and employee and corporate directories, in Class 16 (first use 1978) |
| TRANSAMERICA / TRANSAMERICA | 1635682 / 1635681 | Financial consulting services; investment management and counseling services; mutual funds management sales and distribution services; insurance premium financing services; insurance underwriting services for life, disability insurance; life reinsurance services; insurance agency services; underwriting services for variable life insurance and variable annuity products, in Class 36 (first use 9/30/1989) |
| **TRANSAMERICA** | 1202289 | Real estate asset and management services, in Class 36 (first use 1977) |
| **TRANSAMERICA** / TRANSAMERICA | 4511809 / 4511811 | Financial services, namely, underwriting and distribution of life and health insurance and annuity products; investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; and insurance agency and brokerage services, in Class 36 (first use 1929) |
| **TRANSAMERICA** | 4863327 | Organization and presentation of sports tournaments as an event sponsor, in Class 41 (first use 1989) |
| TRANSAMERICA / **TRANSAMERICA** | 4813213 / 4909084 | Pens, pencils, folders, note pads, stickers, stationery, writing pads, holiday cards, invitation cards, printed invitations, letterhead paper, notebooks, blank journals, paper note holders, pen and pencil holders, paperweights, paper name tags, memo cards, memo pads, memo holders, note cards, blank cards, postcards and greeting cards, posters, blank or partially printed paper labels, mailing labels, business cards, printed paper signs, printed paper signs, namely, table tents, markers, paper coasters, adhesive labels, adhesive materials for office use, namely, adhesive note paper, advertising pamphlets, advertising signs of paper, agendas, business forms, calendars, event programs, disposable napkins, paper napkins, hand towels of paper, paper bags, paper gift bags, paper envelopes for packaging, paper mats, paper name badges, paper report covers, paper signboards, paper stock, paper table cloths, paper table linens, printed advertising boards of paper, printed awards, printed certificates, printed charts, printed forms, printed graphs, printed seminar note, in Class 16 (first use 9/2011) |



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 4

    In addition, Transamerica owns the following federal registrations for service marks beginning with the TRANSAMERICA name followed by terms suggestive of financial services:

| Mark | Reg. No. |
|---|---|
| TRANSAMERICA TRIBUTE | 2224207 |
| TRANSAMERICA CLASSIC | 2228202 |
| TRANSAMERICA BOUNTY | 2246732 |
| TRANSAMERICA PLAN MAXIMIZER | 2284121 |
| TRANSAMERICA ELITE | 2458663 |
| TRANSAMERICA SECURE REWARDS | 2486240 |
| TRANSAMERICA PLAN PLUS | 2609854 |
| TRANSAMERICA CENTER FOR RETIREMENT STUDIES | 3058524 |
| TRANSAMERICA SECURE | 3430218 |
| TRANSAMERICA I-SERIES | 3665517 |
| TRANSAMERICA TRANSFORM TOMORROW | 4169169 |
| TRANSAMERICA TOTAL PLAN MANAGEMENT | 4392736 |
| TRANSAMERICA WEALTH MANAGEMENT STRATEGIES | 4511738 |
| THE TRANSAMERICA DIFFERENCE | 4549033 |
| TRANSAMERICA JOURNEY | 4601889 |
| TRANSAMERICA INSTITUTE | 4634309 |
| TRANSAMERICA RETIREMENT SERVICES | 4660133 |
| TRANSAMERICA RETIREMENT SOLUTIONS | 4660134 |
| TRANSAMERICA CENTER FOR HEALTH STUDIES | 4725082 |
| TRANSAMERICA FINANCIAL FOUNDATION IUL | 4761806 |
| TRANSAMERICA SECURE RETIREMENT INDEX | 4795843 |
| TRANSAMERICA INCOME PLUS | 4818494 |
| TRANSAMERICA FREEDOM ASSET ADVISOR | 4819598 |
| TRANSAMERICA GLOBAL LINK SOLUTIONS | 4835216 |
| TRANSAMERICA GLOBAL LINK SOLUTIONS & Design | 4835217 |
| TRANSAMERICA RETIREMENT PLAN EXCHANGE | 4841706 |
| TRANSAMERICA RETIREMENT SOLUTIONS | 4877887 |



*Atlanta : Austin : Jacksonville : Los Angeles :   London : Munich : New York : Southampton : Washington, D.C.*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 5

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA FASTTRACK RETIREMENT PLAN** | 5009328 |
| **TRANSAMERICA TRAVEL PROTECTION** | 5095977 |
| **TRANSAMERICA PROVIDER SELECT** | 5115467 |
| **TRANSAMERICA INSPIRE** | 5287959 |
| **TRANSAMERICA PERSONALIZED PORTFOLIOS** | 5341976 |

Advertising of the TRANSAMERICA name reaches a national audience through U.S. consumer publications and network television. The name has been widely promoted on CBS, NBC and ABC in to publications such as "Time," "Newsweek," "Sports Illustrated," "The Wall Street Journal," "Forbes," and "U.S. News & World Report," and on cable television, network radio and other media. The name has also been used for the sponsorship of sporting events since the 1986 Transamerica Open in San Francisco. Transamerica sponsors the Major League Soccer team the Colorado Rapids and the American Junior Golf Association's Transamerica Scholastic Junior All-America Team, and is well known for its sponsorship of athletes and health and fitness initiatives. See https://www.transamerica.com/individual/why-transamerica/who-we-are/sponsorships.

We note that your website includes the following advertisement for life insurance, business insurance and health insurance, all of which is underwritten and distributed by our client through its subsidiaries and operating divisions:



Your website also refers to your company as an "insurance company," http://tamultiservices.com/index.php/mission, and the first three words after "Our Products and Services" at http://tamultiservices.com/index.php/services are "Insurance, Mutual Funds, and Annuities." See also http://tamultiservices.com/index.php/why-choose-us ("TransAmerica can help you find insurance plan to fit your needs in all aspects of your life.").

Due to extensive use and advertising of the TRANSAMERICA name since 1929, our client believes that your company's continued use of the name TransAmerica Multiservices is likely to cause confusion, mistake or deception, causing the public to believe, mistakenly, that your company's services are those of our client or vice versa, or that your company's services are authorized, licensed, endorsed or approved by our client, or that there is some other relationship between your company and our client. Such activity constitutes federal service mark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); federal unfair competition, false representation and false designation of origin under Section 43(a) of the



SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

TransAmerica Multiservices Agency LLC
March 14, 2018
Page 6

Lanham Act, 15 U.S.C. § 1125(a); unfair competition under the common law of Florida;
violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.204(1); and
Florida statutory false advertising in violation of 817.06 and 817.40-817.47.

      To avoid further action, our client requests that you take the following actions within
thirty days from the date of this letter:

      (1)    Cease and desist from all commercial use of the TRANSAMERICA name and
refrain from future use of that name, or any name confusingly similar to it, as all or part of any
trade name, service mark, trademark, Internet domain name, keyword or other advertising, or
other commercial use;

      (2)    Remove all content from the website at www.tamultiservices.com and any other
websites that been used to advertise services under the TRANSAMERICA name, and delete all
such domain name registrations, including but not necessarily limited to
TAMULTISERVICES.COM; and

      (3)    Confirm that you have taken these actions by verbal or written communication to
the undersigned.

      Please let us know if you have any questions about this letter, otherwise we will look
forward to hearing from you within thirty days.

      Sincerely,

      Bruce A. McDonald

BAM:me

cc:      Transamerica Corporation
      Holly B. Lance



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No: 1:18-cv-22483

TRANSAMERICA CORPORATION,

     *Plaintiff*,

v.

TRANSAMERICA MULTISERVICES
INC., ALLNATION FINANCIAL, LLC,
and MICHEALA JALLAH,

     *Defendants*.

_____/

## <u>COMPLAINT – JURY TRIAL DEMANDED</u>

Transamerica Corporation ("Plaintiff" or "Transamerica"), brings this Complaint against

Defendants Transamerica Multiservices Inc., Allnation Financial LLC, and Michaela Jallah

("Defendants"), for service mark infringement in violation of Section 32(1) of the Federal

Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1); federal unfair

competition, false representation and false designation of origin in violation of Lanham Act

Section 43(a), 15 U.S.C. § 1125(a); violation of the Federal Trademark Dilution Act (FTDA), 15

U.S.C. § 1125(c); common law unfair competition under the law of Florida; and Florida statutory

unfair competition in violation of Florida Statute § 501.204.

### PARTIES

1.     Transamerica is a corporation organized and existing under the laws of the State

of Delaware, located and doing business at 6400 C Street SW, Cedar Rapids, IA 52499.

2.     Defendant TransAmerica Multiservices Inc. ("TransAmerica Multiservices") is a

corporation organized and existing under the laws of the State of Florida. On information and

belief, TransAmerica Multiservices conducts business, or during the period of time relevant to

this Complaint did conduct business, at one or more of the following addresses: 326 Washington Ave., Homestead, FL 33030; 1876 N. University Drive, Suite 200-I, Plantation, FL 33322; 400 South Federal Highway, Boynton Beach, FL 33435; 500 NE Spanish River Blvd., Suite 105C, Boca Raton FL 33431; and 500 51st Ave. N.W., Delray Beach, FL 33445-2140.

3.      Defendant Allnation Financial LLC ("Allnation Financial"), f/k/a TransAmerica Multiservices Agency LLC, f/k/a TransAmerica Tax Multi Services LLC, is a limited liability company organized and existing under the laws of the State of Florida.   On information and belief, Defendant Allnation Financial conducts business, or during the period of time relevant to this Complaint did conduct business, at the following addresses: 500 NE Spanish River Blvd., Suite 105C, Boca Raton FL 33431; 1876 N. University Drive, Suite 200-I, Plantation, FL 33322; 400 South Federal Highway, Boynton Beach, FL 33435; and 500 51st Ave. N.W., Delray Beach, FL 33445-2140.

4.      On information and belief, Defendant Michaela Jallah ("Jallah"), a Florida resident with an address at 500 51st Ave. N.W., Delray Beach, FL 33445-2140, is the principal officer and director of Defendants Transamerica Multiservices and Allnation Financial, and has personally engaged in, authorized, and/or facilitated the unlawful conduct described herein.

## JURISDICTION AND VENUE

5.      This is an action for monetary damages and injunctive relief arising from Defendants' violations of the laws of the United States and the State of Florida.

6.      This Court has subject matter jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1338, because Transamerica's claims for violations of the Lanham Act arise under federal law. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367 over Transamerica's state

2

law claims because they are so related to Transamerica's federal claims that they form part of the same case or controversy.

7.       Defendants are subject to personal jurisdiction in this Court because (i) Defendants are domiciled in Florida, doing business in Florida, and located in Florida; (ii) Defendants are operating, conducting, engaging in, and carrying on a business in Florida and maintain their offices in Florida; (iii) Defendants have committed, or aided, abetted, contributed to or participated in the commission of unfair competition, improper acts of unauthorized and unlicensed use of Transamerica's name and federally registered "Transamerica" service mark and other tortious acts that have led to foreseeable harm and injury to Transamerica in Florida; and (iv) Defendants have systematic and continuous contacts with Florida.

8.       Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions alleged in this Complaint occurred in this District.

## FACTUAL BACKGROUND

9.       Transamerica is a leading provider of insurance and financial services, primarily engaged in the underwriting, distribution and administration of life insurance, health insurance and annuity products, as well as asset and investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; insurance agency and brokerage services; preparation of reports relating to finance and investments; and providing a website featuring educational information in the field of financial wellness.

10.       Transamerica, through its subsidiaries, affiliates and predecessors, has used the name "Transamerica" since 1929 throughout the United States, including Florida, for financial

services, and owns the following United States Service Mark Registrations covering that name,

duly registered on the Principal Register of the United States Patent and Trademark Office

("PTO") and available for inspection on the PTO website at www.uspto.gov:

| Reg. | Services |
|------|----------|
| 718358 | Consultation and advice in respect to investment of monies of others, in Class 35 (first use 1/1929) |
| 831626 | Underwriting of insurance – namely, life, including accident and health, in Class 36 (first use 7/18/1959) |
| 978808 | Financial services rendered to others – namely, providing loan services to others, providing consumer credit services, insurance underwriting and investment services, in Class 36 (first use 1958) |
| 1129244 | Business forms, house organ, corporate reports and bulletins issued periodically, and employee and corporate directories, in Class 16 (first use 1978) |
| 1635682 | Financial consulting services; investment management and counseling services; mutual funds management sales and distribution services; insurance premium financing services; insurance underwriting services for life, disability insurance; life reinsurance services; insurance agency services; underwriting services for variable life insurance and variable annuity products, in Class 36 (first use 9/30/1989) |
| 1202289 | Real estate asset and management services, in Class 36 (first use 1977) |
| 4511809 | Financial services, namely, underwriting and distribution of life and health insurance and annuity products; investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; and insurance agency and brokerage services, in Class 36 (first use 1929) |
| 4863327 | Organization and presentation of sports tournaments as an event sponsor, in Class 41 (first use 1989) |

4

| Reg. | Services |
|------|----------|
| 4909084 | Pens, pencils, folders, note pads, stickers, stationery, writing pads, holiday cards, invitation cards, printed invitations, letterhead paper, notebooks, blank journals, paper note holders, pen and pencil holders, paperweights, paper name tags, memo cards, memo pads, memo holders, note cards, blank cards, postcards and greeting cards, posters, blank or partially printed paper labels, mailing labels, business cards, printed paper signs, printed paper signs, namely, table tents, markers, paper coasters, adhesive labels, adhesive materials for office use, namely, adhesive note paper, advertising pamphlets, advertising signs of paper, agendas, business forms, calendars, event programs, disposable napkins, paper napkins, hand towels of paper, paper bags, paper gift bags, paper envelopes for packaging, paper mats, paper name badges, paper report covers, paper signboards, paper stock, paper table cloths, paper table linens, printed advertising boards of paper, printed awards, printed certificates, printed charts, printed forms, printed graphs, printed seminar note, in Class 16 (first use 9/2011) |

11.     In addition to those pleaded above, Transamerica owns the following federal registrations for service marks beginning with the name "Transamerica," duly registered by the PTO on the Principal Register of the United States and available for inspection at www.uspto.gov (hereinafter referred to collectively as "Transamerica's Marks"):

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA TRIBUTE** | 2224207 |
| **TRANSAMERICA CLASSIC** | 2228202 |
| **TRANSAMERICA BOUNTY** | 2246732 |
| **TRANSAMERICA PLAN MAXIMIZER** | 2284121 |
| **TRANSAMERICA ELITE** | 2458663 |
| **TRANSAMERICA SECURE REWARDS** | 2486240 |
| **TRANSAMERICA PLAN PLUS** | 2609854 |
| **TRANSAMERICA CENTER FOR RETIREMENT STUDIES** | 3058524 |
| **TRANSAMERICA SECURE** | 3430218 |

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA I-SERIES** | 3665517 |
| **TRANSAMERICA TRANSFORM TOMORROW** | 4169169 |
| **TRANSAMERICA TOTAL PLAN MANAGEMENT** | 4392736 |
| **TRANSAMERICA WEALTH MANAGEMENT STRATEGIES** | 4511738 |
| **THE TRANSAMERICA DIFFERENCE** | 4549033 |
| **TRANSAMERICA JOURNEY** | 4601889 |
| **TRANSAMERICA INSTITUTE** | 4634309 |
| **TRANSAMERICA RETIREMENT SERVICES** | 4660133 |
| **TRANSAMERICA RETIREMENT SOLUTIONS** | 4660134 |
| **TRANSAMERICA CENTER FOR HEALTH STUDIES** | 4725082 |
| **TRANSAMERICA FINANCIAL FOUNDATION IUL** | 4761806 |
| **TRANSAMERICA SECURE RETIREMENT INDEX** | 4795843 |
| **TRANSAMERICA INCOME PLUS** | 4818494 |
| **TRANSAMERICA FREEDOM ASSET ADVISOR** | 4819598 |
| **TRANSAMERICA GLOBAL LINK SOLUTIONS** | 4835216 |
| **TRANSAMERICA GLOBAL LINK SOLUTIONS & Design** | 4835217 |
| **TRANSAMERICA RETIREMENT PLAN EXCHANGE** | 4841706 |
| **TRANSAMERICA RETIREMENT SOLUTIONS** | 4877887 |
| **TRANSAMERICA FASTTRACK RETIREMENT PLAN** | 5009328 |
| **TRANSAMERICA TRAVEL PROTECTION** | 5095977 |

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA PROVIDER SELECT** | 5115467 |
| **TRANSAMERICA INSPIRE** | 5287959 |
| **TRANSAMERICA PERSONALIZED PORTFOLIOS** | 5341976 |

12.     Pursuant to Section 33(a) of the Lanham Act, 15 U.S.C. § 1115(a), the registrations pleaded above constitute prima facie evidence that (a) Transamerica owns the Transamerica Marks, (b) the Transamerica Marks are valid, and (c) Transamerica has the exclusive right to use the Transamerica Marks in commerce for the financial services set forth in the Certificates of Registration.   All such registrations more than six years old are "incontestable" under Section 15 of the Lanham Act, 15 U.S.C. § 1065, and thereby constitute conclusive evidence of (i) the registration of the marks; (ii) the validity of the registered marks; (iii) Transamerica's ownership of the marks; and (iv) Transamerica's exclusive right to use the marks in commerce for the identified goods and services, as provided by Section 33(b) of the Lanham Act, 15 U.S.C. § 1115(b).

13.     Advertising of the name "Transamerica" and the Transamerica Marks reaches a national audience through U.S. consumer publications and network television.  The Transamerica name and Marks have been widely promoted on CBS, NBC and ABC, in such publications as "Time," "Newsweek," "Sports Illustrated," "The Wall Street Journal," "Forbes," and "U.S. News & World Report," and on cable television, network radio and other media.  They have also been used for the sponsorship of sporting events since the 1986 Transamerica Open in San Francisco. Transamerica sponsors the Major League Soccer team the Colorado Rapids and the American Junior Golf Association's Transamerica Scholastic Junior All-America Team, and is well known

for its sponsorship of athletes such as Zach Johnson, winner of the Masters and other PGA

tournaments.

    14.    Plaintiff has used the name "Transamerica" and the Transamerica Marks in

Florida for the offer and sale of insurance and financial services for many years through wholly

owned subsidiaries incorporated or registered to do business in Florida, including but not limited

to Transamerica Advisers Life Ins. Co.; Transamerica Agency Network, Inc.; Transamerica

Asset Management, Inc.; Transamerica Capital, Inc. of California; Transamerica Casualty

Insurance Company; Transamerica Financial Advisors, Inc.; Transamerica Fund Services, Inc.;

Transamerica Investors Securities Corporation; Transamerica Life Insurance Company;

Transamerica Premier Life Insurance Company; Transamerica Retirement Advisors, LLC;

Transamerica Retirement Insurance Agency, LLC; and Transamerica Retirement Solutions,

LLC.

    15.    As a result of substantial, continuous and exclusive use and advertising, the name

"Transamerica" and the Transamerica Marks are well known to the public in Florida and

elsewhere in the United States as a designation of source that identifies Transamerica as the

origin of insurance and financial services.

    16.    The name "Transamerica" is inherently distinctive in the financial services

industry, and has attained secondary meaning and acquired distinctiveness through substantial,

continuous and exclusive use in Florida and throughout the United States by Transamerica.

    17.    The "Transamerica" name and Transamerica Marks are an intrinsic and essential

part of the valuable goodwill and property of Transamerica, and are protected by Transamerica

as such.  Transamerica actively enforces its exclusive rights in the "Transamerica" name and

Transamerica Marks, and has sought and obtained protection of the same in Florida over the

years in cases including but not limited to *Transamerica Corporation v. Trans America Financial Corporation et al.*, Civil Action No. 89-1170-civ-T-17(A) (M.D. Fla.) (temporary restraining order and preliminary injunction granted against use of "Transamerica" name for credit marketing services); *Transamerica Corp. v. Transamerica Hotel & Resort Services, Inc.*, Case No. 94-0074 CIV-ATKINS (S.D. Fla.) (use of "Transamerica" for hotel and resort services terminated by settlement); *Transamerica Corp. v. Transamerica Realty Corp.,* Case No. 95-1170-CIV-17(A)(S.D. Fla.) (use of "Transamerica" name for realty services terminated by settlement); *Transamerica Corp. v. Michael Orsomarso d/b/a Transamerica Leasing Inc.,* Case No. 04-80134 (S.D. Fla.) (award of damages, costs and attorney fees for counterfeiting of "Transamerica" name); *Transamerica Corp. v. Transamerica Credit, Inc.,* Case No. 6:07-cv-1475-ORL (consent judgment prohibiting use of "Transamerica" name for credit services); and *Transamerica Corp. v. Moniker Online Services LLC,* 672 F. Supp. 2d 1353 (S.D. Fla. 2009) (denying motion to dismiss complaint for infringement of "Transamerica" name by Internet domain name registration service providers).

### Events Leading to this Controversy

18.     Defendants, at the time of this writing, were advertising the name "TransAmerica Multiservices" as follows on a website at www.tamultiservices.com:



19.     Defendant's website, at the time of this writing, was advertising auto, home, life,

business and health insurance as follows:



20.     The "TransAmerica Multiservices Mission Statement" on Defendants' website

was advertising Defendants' services as follows at the time of this writing:

> Our mission is to put in place and educate people from different countries how to
> establish great _financial foundation_ for individual, families, businesses, organizations and
> communities _to grow financially_ strong throughout the United State [sic] of America.
> \*     \*     \*
>
> **Integrity.** An _insurance_ policy is essentially a promise to provide protection,
> security, and peace of mind to our policyholders. Central employees are committed to
> fulfilling these promises everyday by offering quality products, operating a stable
> company with _sound investments_, and providing outstanding customer service.
> \*     \*     \*
>
> **Excellence**. At TransAmerica Multiservices, we continually challenge ourselves
> to achieve more. We believe in investing in our people through learning and skill
> development, encouraging innovation and creativity, and providing strong leadership
> from visionaries who truly care about each employee. Setting such high standards is how
> Central attracts the most talented people for our team and is what _makes us an excellent
> insurance company_. [Emphasis added.]

21.     The page entitled "Why you should choose us" on Defendants' website was

advertising Defendants' services as follows at the time of this writing:

> We understand that before you can trust us with your <u>financial future</u>, you have to
> believe we have our own _financial house_ in order. \*  \*  \*

> - **Clarity.** While _insurance_ language can sometimes be complex, we'll
>   always strive to communicate with you as clearly and straightforward as
>   we can.

> - **Products.**  TransAmerica Multiservices can help you find _Insurance_ plans
>   to fit your needs in all aspects of your life. [Emphasis added.]

22.     The page entitled "Our Products and Services" on Defendants' website was advertising "insurance," "mutual funds," and "annuities" at the time of this writing.

23.     Defendants were also advertising other financial services on their website at www.tamultiservices.com as of this writing, including but not necessarily related to tax services and credit repair services.

24.     In addition to the name "TransAmerica Multiservices," Defendants have also used the names "Transamerica Multiservices Agency" and "Transamerica Tax Multi Services LLC."

25.     Plaintiff's use of the "Transamerica" name and Transamerica Marks pre-dates Defendants' first use of the name "Transamerica" or its equivalent as all or part of any trademark, service mark or trade name.

26.     Defendants have no authorization, consent, license or approval from Transamerica to use the "Transamerica" name or Transamerica Marks, or any name that incorporates or imitates the name "Transamerica," as all or part of any trademark, service mark, trade name, corporate or entity name, or any other manner.

27.     Defendants have used, and at the time of this writing were using, the "Transamerica" name and Transamerica Marks for financial services that are identical to or overlapping with the services provided by Transamerica under the "Transamerica" name and Transamerica Marks, including but not necessarily limited to insurance, mutual fund and annuity services.

28.     Due to the familiarity of the public with the "Transamerica" name and Transamerica Marks resulting from continuous, extensive and exclusive use by Transamerica since 1929, members of the public who encounter Defendants' use of the name "TransAmerica Multiservices" or other names incorporating the "Transamerica" name, are likely to believe, mistakenly, that Defendants' services are those of Transamerica or vice versa, or that Defendants' services are authorized, licensed, endorsed or approved by Transamerica, or that there is some other relationship between Defendants and Transamerica.

29.    On March 14, 2018, Transamerica, through counsel, sent a demand letter to Defendant Jallah, requesting that she, and those acting in concert with her, discontinue use of the name "TransAmerica Multiservices" and refrain from using the "Transamerica" name or Transamerica Marks as all or part of any trademark, service mark or trade name.  Absent a response to that letter, Transamerica sent follow-up correspondence to Defendant Jallah dated April 30, 2018.  Transamerica has had no response to either letter.

30.    On information and belief, Defendants were aware of Transamerica and the strength of the name "Transamerica" at all times relevant to this Complaint, having selected, adopted, and used the name "TransAmerica Multiservices" with the intention to cause confusion and trade on the value of Transamerica's goodwill.

## COUNT I

### Federal Trademark Infringement
### Lanham Act §32(1), 15 U.S.C. § 1114

31.    Transamerica incorporates by reference the allegations in Paragraphs 1 through 30 of this Complaint.

32.    Defendants are using in commerce, or during the period of time relevant to this Complaint have so used, a reproduction, counterfeit, copy or colorable imitation of Plaintiff's federally registered "Transamerica" name and service mark in connection with the sale, offering for sale, distribution and/or advertising of insurance and financial services in a manner that is likely to cause confusion, mistake, and deception, leading the public to believe, falsely, that Defendants' services, and the services advertised at Defendants' website, are the services of Transamerica, or are sponsored, endorsed, licensed or approved by Transamerica, or are in some way connected with Transamerica.

33.    Defendants' acts have injured and, in the absence of injunctive relief will continue to injure, Transamerica's image, reputation, and goodwill in Florida and elsewhere in the United

States, by creating consumer confusion and dissatisfaction, and corresponding diminution in the reputation and goodwill associated with the name "Transamerica" and Transamerica Marks.

34.     Defendants' use of the "Transamerica" name constitutes misappropriation of Transamerica's distinguishing and identifying federally registered trademarks that were created as a result of significant effort and expense by Transamerica over a long period of time.

35.     Defendants' use of the "Transamerica" name evokes an immediate, favorable impression or association and constitutes a false representation that Defendants' business has some connection, association or affiliation with Transamerica, and is likely to mislead the trade and public into believing that Defendants' services originate from, are affiliated with, or are sponsored, authorized, approved or sanctioned by Transamerica.

36.     Transamerica is without an adequate remedy at law to redress such acts, and will be irreparably damaged unless Defendants are enjoined from committing and continuing to commit such acts.

37.     By their acts aforesaid, Defendants are engaged, and during the period of time relevant to this Complaint have engaged, in federal service mark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), causing irreparable harm to Plaintiff and the public.

## COUNT II

### Federal Unfair Competition, False
### Representation and False Designation of Origin
### Lanham Act § 43(a), 15 U.S.C. § 1125(a)

38.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

39.     Defendants' actions have caused, and in the absence of injunctive relief are likely to continue to cause, confusion, mistake, or deception as to the origin and source, sponsorship, or approval of Defendants' services, causing consumers to believe, falsely, that Transamerica

authorizes, controls, sponsors, endorses or approves of Defendants' services or that Defendants are associated with or related to Transamerica.

40.     Defendants' acts have injured and, in the absence of injunctive relief are likely to continue to injure, Transamerica's image, reputation, and goodwill by creating consumer confusion and dissatisfaction, as well as a diminution of the value of the reputation and goodwill associated with the name "Transamerica" and Transamerica Marks.

41.     By their acts aforesaid, Defendants, are engaged, or during the period of time relevant to this complaint were engaged, in federal unfair competition, false representation and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## COUNT III

### Trademark Dilution
### Lanham Act §43(c), 15 U.S.C. § 1125(c)

42.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

43.     The "Transamerica" name has been used, advertised, and promoted extensively by Transamerica since 1929 throughout the United States including Florida.

44.     Transamerica has expended large sums of money on advertising and promotion of the "Transamerica" name and has earned substantial revenues in connection with its business activities conducted in association therewith.

45.     The "Transamerica" name is famous throughout Florida and the United States.

46.     Defendants' use of the name "TransAmerica MultiServices," and other names incorporating and imitating the name "Transamerica," is likely to dilute Transamerica's famous, federally registered "Transamerica" name, and to tarnish the reputation of the name

14

"Transamerica" and Transamerica Marks, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

47.     On information and belief, Defendants were aware of the fame of the "Transamerica" name and Transamerica Marks prior to adopting the name "TransAmerica MultiServices" and other names that they have used that incorporate or imitate the "Transamerica" name.

48.     Defendants began using the name "Transamerica Multiservices" and other names incorporating and imitating the "Transamerica" name, long after the name "Transamerica" and Transamerica Marks became famous in the State of Florida and elsewhere.

49.     Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica" in the promotion of their business activities and efforts to market products and services has blurred, and is likely to blur, the distinctive quality of Transamerica's famous Transamerica Marks.

50.     By reason of Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica," Transamerica has been damaged and has no adequate remedy at law.

51.     Defendants' conduct has enabled them to earn profits to which they are not in law, equity or good conscience entitled, and which have unjustly enriched them, all to Defendants' profit and Transamerica's detriment.

## COUNT IV

### Florida Common Law Unfair Competition

52.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

53.     Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica" in connection with insurance and financial services has caused, and in the absence of injunctive relief will further cause, a likelihood of confusion, mistake and deception as to the origin and source of Defendants' services and the relationship between Transamerica and Defendants.  Thus, Defendants have also engaged in unfair competition with Transamerica in violation of the common law of the State of Florida by selling, offering, and promoting their services with the intention of trading upon the goodwill established by Transamerica and thereby misappropriating the benefits of substantial effort and money expended by Transamerica in establishing its rights in the name "Transamerica" and Transamerica Marks.

54.     Defendants' acts aforesaid constitute common law unfair competition under the law of the State of Florida.

## COUNT V

### Florida Deceptive and Unfair Trade Practices Act (FDUTPA)
### Fla. Stat. § 501.204(1)

55.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

56.     Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica" in connection with the sale of insurance and financial services has caused, and in the absence of injunctive relief is likely to further cause, confusion, mistake and deception as to the origin and source of Defendants' services and the relationship between Transamerica and Defendants, in violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA).  Defendants have also engaged in unfair competition with Transamerica in violation of Fla. Stat. § 501.204 by selling, offering, and promoting their

services with the intention of trading upon the goodwill established by Transamerica and thereby misappropriating the benefits of substantial effort and money expended by Transamerica in establishing its rights in the name "Transamerica" and Transamerica Marks.

57.     Defendants' conduct has caused and continues to cause irreparable injury, loss of reputation, and exemplary damages to be proved at trial. Unless enjoined by this Court, Defendants will continue these acts, thereby causing Transamerica further immediate and irreparable damage.

## COUNT VI

### Florida Statutory False Advertising
### Fla. Stat. § 817.41

58.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

59.     Defendants, by their acts aforesaid, have made, disseminated and caused to be made and disseminated misleading advertising with the intent to obtain money or property under false pretenses in violation of Fla. Stat. 817.41.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Transamerica demands a trial by jury on all triable issues.

### PRAYER FOR RELIEF

Wherefore, Transamerica prays:

1.     For an order permanently enjoining Defendants, collectively and individually, and their officers, shareholders, partners, principals, agents, assignees, beneficiaries, successors, licensees, distributors, attorneys, proxies, alter egos, aliases, and all other persons acting in concert with Defendants collectively or individually, from:

(a)     using the name "TransAmerica MultiServices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar to "Transamerica," as all or part of any trade name, corporate or entity name, trademark, service mark, Internet domain name, or portion thereof;

(b)     purchasing, selling, or using any form of advertising, including keywords or "Adwords" in Internet advertising, that contain the name "TransAmerica Multiservices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto, and requiring Defendants, when purchasing or selling Internet advertising using keywords, Adwords or the like, to activate the name "Transamerica" as a negative keyword or negative Adword in any Internet advertising purchased, sold or used;

(c)     infringing Plaintiff's "Transamerica" name or Transamerica Marks, including all written and spoken terms equivalent or confusingly similar thereto;

(d)     using Plaintiff's "Transamerica" name or Transamerica Marks, or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto, for any product or service, or in any letterhead, sign, website, advertising or promotion, e-mail or other sales solicitation or business listing, either in print, broadcast, electronic or other form, either separately or compositely with other words;

(e)      making representations, directly or indirectly, to anyone, anywhere, by any means, including but not limited to unauthorized co-branding, that Defendants are related to, associated or affiliated with, or sponsored, endorsed or approved by Plaintiff;

(f)      in any manner depicting, uttering or imitating Plaintiff's "Transamerica" name or Transamerica Marks service mark for the purpose of misappropriating the trade and goodwill of Plaintiff by association, imitation, fraud, mistake or deception; and

(h)      unfairly competing with Plaintiff in any manner.

2.      For an order requiring Defendants to account for, recall from any and all channels of distribution, and deliver up to Transamerica, for impoundment during pendency of this action and for destruction thereafter, all materials infringing upon the name "Transamerica" and Transamerica Marks, including all advertisements, brochures, and web-based materials containing the name "TransAmerica" or any other marks that are likely to cause confusion with or dilute the name "Transamerica" or Transamerica Marks.

3.      For an order finding that Defendants' acts described in this Complaint constitute federal service mark infringement under Section 32(1) of the Federal Trademark Act of 1946, as amended (the "Lanham Act," 15 U.S.C. § 1114(1); federal unfair competition, false designation of origin and false representation in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); federal dilution in violation of the Federal Trademark Dilution Act, codified at Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); Florida Statutory False Advertising in violation of Fla. Stat. § 817.41; and Florida statutory and common law unfair competition.

4.      For an order directing Defendants to file with this Court and serve upon Plaintiff within thirty (30) days after service of the injunction, a report in writing, under oath, setting forth

in detail the manner and form in which Defendants have complied with, and will continue to comply with, the injunction and further orders of this Court.

     5.     For an accounting of profits pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

     6.     For lost profits and damages in such amount as may appear appropriate following a trial on the merits, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

     7.     For treble damages pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

     8.     For punitive damages as permitted by Florida law.

     9.     For costs and attorney fees, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) and Fla. Stat. § 501.2105.

     10.     For such other and further relief as the Court may deem just and proper.

Dated: June 20, 2018

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 S.E. Second St., Ste. 4200
Miami, Florida 33131
T: 305.530.0050 F: 305.530.0055

Bruce A. McDonald (*to be admitted PHV*)
Email: bmcdonald@sgrlaw.com
Smith, Gambrell & Russell, LLP
1055 Thomas Jefferson St., N.W., Ste. 400
Washington, D.C. 20007
T: 202.263.4362  F: 202.263.4329

*Attorneys for Plaintiff Transamerica Corporation*

20

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 14, p. 31 of 31

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 14, p. 31 of 31

Corporate Records & Business Registrations: PARTY & SHOP

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| **Information Current Through:** | 04/24/2018 |
| **Database Last Updated:** | 05/17/2018 |
| **Update Frequency:** | QUARTERLY |
| **Current Date:** | 06/08/2018 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| **Name:** | PARTY & SHOP |
| **Address:** | 7 SOUTHERN CROSS LN UNIT 202 BOYNTON BEACH, FL 33436 |

### Filing Information

| | |
|---|---|
| **Identification Number:** | G13000095876 |
| **Filing Date:** | 09/27/2013 |
| **Expiration Date:** | 12/31/2018 |
| **Status:** | ACTIVE |
| **Business Type:** | FICTITIOUS NAME |
| **Address Type:** | MAILING |
| **Federal ID #:** | 46-3674240 |
| **Where Filed:** | FICTITIOUS NAME DIVISION |
| | 409 E GAINES ST |

### Principal Information

| | |
|---|---|
| **Name:** | MICHEALA JALLAH |
| **Title:** | FICTITIOUS NAME OWNER |
| **Address:** | 7 SOUTHERN CROSS LN UNIT 202 BOYNTON BEACH, FL 33436 |

### Additional Detail Information

| | |
|---|---|
| **Additional Details:** | COUNTY IN WHICH FILING RESIDES: PALM BEACH |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.   1

**Corporate Records & Business Registrations: PARTY & SHOP**

TALLAHASSEE, FL 32301

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2018 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW  © 2018 Thomson Reuters. No claim to original U.S. Government Works.   2

TaMultiservIces.com WHOIS, DNS, & Domain Info - DomainTools

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  1 of 4

**DOMAINTOOLS**

# Whois Record for TaMultiservIces.com

How does this work?

Find out more about Project Whois and DomainTools for Windows.

DOMAINTOOLS for Windows
Download Now
Access domain ownership records from your desktop

### Domain Profile

| | |
|---|---|
| **Proximity** | 12 |
| **Email** | abuse@godaddy.com is associated with ~18,190,497 domains<br>micheala.jallah@yahoo.com |
| **Registrant Org** | |
| **Registrar** | GoDaddy.com, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 827 days old<br>Created on 2015-12-07<br>Expires on 2019-12-07<br>Updated on 2017-06-03 |
| **Name Server(s)** | NS1.RDSOLUTIONS.NET (has 33 domains)<br>NS2.RDSOLUTIONS.NET (has 33 domains) |
| **IP Address** | 192.185.28.10 - 116 other sites hosted on this server |
| **IP Location** | - Texas - Houston - Websitewelcome.com |
| **ASN** | AS20013 CYRUSONE - CyrusOne LLC, US (registered Mar 14, 2001) |
| **Domain Status** | Registered And Active Website |

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  1 of 4

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  2 of 4

| Whois History | 6 records have been archived since 2015-12-07 |
| IP History | 1 change on 2 unique IP addresses over 3 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 3 years |
| Whois Server | whois.godaddy.com |

### Website

| Website Title | None given. |
| Server Type | nginx/1.12.2 |

### Whois Record ( last updated on 2018-03-13 )

```
Domain Name: tamultiservices.com
Registry Domain ID: 1986060887_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-06-03T12:58:36Z
Creation Date: 2015-12-07T18:01:53Z
Registrar Registration Expiration Date: 2019-12-07T18:01:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: MICHEALA JALLAH
Registrant Organization:
Registrant Street: 400 SOUTH FEDERAL HWY
Registrant Street: 406
Registrant City: BOYNTON BEACH
Registrant State/Province: Florida
Registrant Postal Code: 33435
Registrant Country: US
Registrant Phone: +1.5619327200
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: micheala.jallah@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: MICHEALA JALLAH
Admin Organization:
Admin Street: 400 SOUTH FEDERAL HWY
Admin Street: 406
Admin City: BOYNTON BEACH
Admin State/Province: Florida
Admin Postal Code: 33435
Admin Country: US
Admin Phone: +1.5619327200
```

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  2 of 4

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: micheala.jallah@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: MICHEALA JALLAH
Tech Organization:
Tech Street: 400 SOUTH FEDERAL HWY
Tech Street: 406
Tech City: BOYNTON BEACH
Tech State/Province: Florida
Tech Postal Code: 33435
Tech Country: US
Tech Phone: +1.5619327200
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: micheala.jallah@yahoo.com
Name Server: NS1.RDSOLUTIONS.NET
Name Server: NS2.RDSOLUTIONS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/


Notes:
WHOIS consumers who are now receiving masked data can visit:
https://whois.godaddy.com to look up the unmasked data.  You can also
get whitelisted, to get unmasked data via Port 43. Find instructions
on how to apply for whitelisting here:
https://www.godaddy.com/help/masking-contact-information-shared-via-whois-automated-access-
points-27421
```

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  3 of 4


DomainTools Iris
More data. Better context.
Faster response.
Learn More

Preview the Full Domain Report

**Tools**

Whois History

Hosting History

Monitor Domain Properties

Reverse Whois Lookup

Reverse IP Address Lookup

Reverse Name Server Lookup

Network Tools

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 16, p.  3 of 4

TaMultiservIces.com WHOIS, DNS, & Domain Info - DomainTools

Buy This Domain

| Visit Website |
|---|

| Preview the Full Domain Report |
|---|

| Queue Screenshot for Addition |
|---|

## Available TLDs

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Taken domain.

Available domain.

Deleted previously owned domain.

| TaMultiservIces.com | View Whois |
|---|---|
| TaMultiservIces.net | Buy Domain |
| TaMultiservIces.org | Buy Domain |
| TaMultiservIces.info | Buy Domain |
| TaMultiservIces.biz | Buy Domain |
| TaMultiservIces.us | Buy Domain |



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2018 DomainTools

Promos  

# Search the WHOIS Database

Search

**Private Registration**     **Local listings**

## WHOIS search results

Domain Name: allnationfinancial.com

Registry Domain ID: 2245139654_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2018-03-29T02:45:21Z

Creation Date: 2018-03-29T02:45:20Z

Registrar Registration Expiration Date: 2021-03-29T02:45:20Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 17, p. 2 of 5

Registry Registrant ID: Not Available From Registry

Registrant Name: Micheala Jallah

Registrant Organization:

Registrant Street: 1876 N UNIVERSITY DR SUITE 200-I

Registrant City: PLANTATION

Registrant State/Province: Florida

Registrant Postal Code: 33322

Registrant Country: US

Registrant Phone: +1.5619327200

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: michealajallah@gmail.com

Registry Admin ID: Not Available From Registry

Admin Name: Micheala Jallah

Admin Organization:

Admin Street: 1876 N UNIVERSITY DR SUITE 200-I

Admin City: PLANTATION

Admin State/Province: Florida

Admin Postal Code: 33322

Admin Country: US

Admin Phone: +1.5619327200

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: michealajallah@gmail.com

Registry Tech ID: Not Available From Registry

Tech Name: Micheala Jallah

Tech Organization:

Tech Street: 1876 N UNIVERSITY DR SUITE 200-I

Tech City: PLANTATION

Tech State/Province: Florida

Tech Postal Code: 33322

Tech Country: US

Tech Phone: +1.5619327200

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: michealajallah@gmail.com

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 17, p. 2 of 5

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 17, p. 3 of 5

Name Server: NS1.RDSOLUTIONS.NET

Name Server: NS2.RDSOLUTIONS.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018-06-08T18:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per

ICANN Temporary Specification, adopted 17 May 2018.

Visit https://whois.godaddy.com to look up contact data for domains

not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's WhoIs database,

while believed by the company to be reliable, is provided "as is"

with no guarantee or warranties regarding its accuracy. This

information is provided for the sole purpose of assisting you

in obtaining information about domain name registration records.

Any use of this data for any other purpose is expressly forbidden without the prior written

permission of GoDaddy.com, LLC. By submitting an inquiry,

you agree to these terms of usage and limitations of warranty. In particular,

you agree not to use this data to allow, enable, or otherwise make possible,

dissemination or collection of this data, in part or in its entirety, for any

purpose, such as the transmission of unsolicited advertising and

and solicitations of any kind, including spam. You further agree

not to use this data to enable high volume, automated or robotic electronic

processes designed to collect or compile this data for any purpose,

including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified

in the "registrant" section. In most cases, GoDaddy.com, LLC

is not the registrant of domain names listed in this database.


See Underlying Registry Data   |   Contact Registrant   |   Report Invalid Whois

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 17, p. 3 of 5

**Case No. 1:18-cv-22483**
**Declaration of Bruce A. McDonald**
**Attachment 17, p. 4 of 5**

## Want to buy this domain?

Get it with our Domain Buy Service.

## Is this your domain?

Add hosting, email and more.

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

Sign up for news and special offers

**Case No. 1:18-cv-22483**
**Declaration of Bruce A. McDonald**
**Attachment 17, p. 4 of 5**

g+   ▶

Legal | Privacy Policy | Advertising Preferences | Cookies |

Copyright © 1999 - 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 1 of 5

Promos  ❓

# Search the WHOIS Database

[                                                                      ]  Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: tamultiservices.com

Registry Domain ID: 1986060887_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2017-06-03T12:58:36Z

Creation Date: 2015-12-07T18:01:53Z

Registrar Registration Expiration Date: 2019-12-07T18:01:53Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 1 of 5

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 2 of 5

Registry Registrant ID: Not Available From Registry

Registrant Name: MICHEALA JALLAH

Registrant Organization:

Registrant Street: 400 SOUTH FEDERAL HWY

Registrant Street: 406

Registrant City: BOYNTON BEACH

Registrant State/Province: Florida

Registrant Postal Code: 33435

Registrant Country: US

Registrant Phone: +1.5619327200

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: MICHEALA.JALLAH@YAHOO.COM

Registry Admin ID: Not Available From Registry

Admin Name: MICHEALA JALLAH

Admin Organization:

Admin Street: 400 SOUTH FEDERAL HWY

Admin Street: 406

Admin City: BOYNTON BEACH

Admin State/Province: Florida

Admin Postal Code: 33435

Admin Country: US

Admin Phone: +1.5619327200

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: MICHEALA.JALLAH@YAHOO.COM

Registry Tech ID: Not Available From Registry

Tech Name: MICHEALA JALLAH

Tech Organization:

Tech Street: 400 SOUTH FEDERAL HWY

Tech Street: 406

Tech City: BOYNTON BEACH

Tech State/Province: Florida

Tech Postal Code: 33435

Tech Country: US

Tech Phone: +1.5619327200

Tech Phone Ext:

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 2 of 5

Tech Fax:

Tech Fax Ext:

Tech Email: MICHEALA.JALLAH@YAHOO.COM

Name Server: NS1.RDSOLUTIONS.NET

Name Server: NS2.RDSOLUTIONS.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018-06-27T21:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per

ICANN Temporary Specification, adopted 17 May 2018.

Visit https://whois.godaddy.com to look up contact data for domains

not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's WhoIs database,

while believed by the company to be reliable, is provided "as is"

with no guarantee or warranties regarding its accuracy. This

information is provided for the sole purpose of assisting you

in obtaining information about domain name registration records.

Any use of this data for any other purpose is expressly forbidden without the prior written

permission of GoDaddy.com, LLC. By submitting an inquiry,

you agree to these terms of usage and limitations of warranty. In particular,

you agree not to use this data to allow, enable, or otherwise make possible,

dissemination or collection of this data, in part or in its entirety, for any

purpose, such as the transmission of unsolicited advertising and

and solicitations of any kind, including spam. You further agree

not to use this data to enable high volume, automated or robotic electronic

processes designed to collect or compile this data for any purpose,

including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified

in the "registrant" section. In most cases, GoDaddy.com, LLC

is not the registrant of domain names listed in this database.

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 4 of 5

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

**Want to buy this domain?**

Get it with our Domain Buy Service.

**Is this your domain?**

Add hosting, email and more.

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 18, p. 4 of 5

**Sign up for news and special offers**

Legal | Privacy Policy | Advertising Preferences | Cookies |

Copyright © 1999 - 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, June 25, 2018 8:54 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544582612 Delivered |

> **CAUTION:** **This email is from an external source. Do not click links or attachments unless it's from a verified sender.**

# Your package has been delivered

## Tracking # 772544582612

Ship date:
**Fri, 6/22/2018**

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US

Delivery date:
**Mon, 6/25/2018 8:51 am**

Micheala Jallah
d/b/a TransAmerica
Multiservices
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US



Delivered

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 772544582612 |
| Status: | Delivered: 06/25/2018 08:51 AM Signed for By: N.VILLALOBOS |
| Department number: | 1679 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |
| Reference: | 1679 |
| Signed for by: | N.VILLALOBOS |
| Delivery location: | BOCA RATON, FL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |

1

| | |
|---|---|
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/25/2018 by 10:30 am |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:54 AM CDT on 06/25/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | Gary Froonjian <gary@gltranscription.com> |
| **Sent:** | Monday, June 25, 2018 2:16 PM |
| **To:** | McDonald, Bruce |
| **Subject:** | Property Manager at 500 NE Spanish river Boca Raton FL |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

Tina number is 561.721.7023

The Fed Ex confirmation number XH PHKA was mistakenly left at our office 105-A.   We will destroy said package.

Thank you,

*Gary Froonjian*

G&L Transcription, Inc

www.gltranscription.com
Gary@gltranscription.com
561.998.1981 (Office)
561.241.3619 (Admin Fax)
800.866.0632 (Demographic Fax)

"The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers."

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, June 25, 2018 10:24 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544211151 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.



# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772544211151

**Ship date:**
Fri, 6/22/2018

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

**Scheduled delivery:**
Mon, 6/25/2018 by 3:00 pm

Micheala Jallah
400 South Federal Highway, #406
d/b/a TransAmerica Multiservices
BOYNTON BEACH, FL 33435
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | <u>772544211151</u> |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961222303 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |

| | |
|---|---|
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 6/25/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:23 AM CDT on 06/25/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, June 26, 2018 10:29 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544211151 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772544211151



| Ship date: | | Scheduled delivery: |
|---|---|---|
| **Fri, 6/22/2018** | | **Tue, 6/26/2018 by 3:00 pm** |
| LaShan Early | | Micheala Jallah |
| Smith Gambrell Russell LLP |  | 400 South Federal Highway, #406 |
| Washington, DC 20007 | Delivery exception | d/b/a TransAmerica Multiservices |
| US | | BOYNTON BEACH, FL 33435 |
| | | US |

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772544211151 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961222277 |
| | DT104961222303 |
| | DT104961359358 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |

| Reference: | 1679 |
|---|---|
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/25/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:29 AM CDT on 06/26/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, June 27, 2018 10:35 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544211151 Delivery Exception |

> **CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

## See "Resolving Delivery Issues" for recommended actions

## See "Preparing for Delivery" for helpful tips

## Tracking # 772544211151



Ship date:
**Fri, 6/22/2018**

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

Scheduled delivery:
**Wed, 6/27/2018 by 4:00 pm**

Micheala Jallah
400 South Federal Highway, #406
d/b/a TransAmerica Multiservices
BOYNTON BEACH, FL 33435
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772544211151 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961222277 |
| | DT104961222303 |
| | DT104961359314 |
| | DT104961359314 |
| | DT104961359336 |

| | DT104961359358 |
|---|---|
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |
| Reference: | 1679 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/25/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:35 AM CDT on 06/27/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 28, 2018 10:20 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544211151 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772544211151



| Ship date:<br>Fri, 6/22/2018 | | Scheduled delivery:<br>Thu, 6/28/2018 by 4:00 pm |
|---|---|---|
| **LaShan Early**<br>Smith Gambrell Russell LLP<br>Washington, DC 20007<br>US | <br>Delivery exception | **Micheala Jallah**<br>400 South Federal Highway, #406<br>d/b/a TransAmerica<br>Multiservices<br>BOYNTON BEACH, FL 33435<br>US |

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772544211151 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961222277 |
| | DT104961222303 |
| | DT104961266872 |
| | DT104961359314 |
| | DT104961359314 |

| | DT104961359314 |
|---|---|
| | DT104961359336 |
| | DT104961359358 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |
| Reference: | 1679 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/25/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

---

✉  Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:20 AM CDT on 06/28/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 02, 2018 6:09 PM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772544211151 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772544211151



| Ship date: | | Scheduled delivery: |
|---|---|---|
| **Fri, 6/22/2018** | | **Pending** |
| **LaShan Early** | | **Micheala Jallah** |
| Smith Gambrell Russell LLP | | 400 South Federal Highway, |
| Washington, DC 20007 | | #406 |
| US | | d/b/a TransAmerica |
| | | Multiservices |
| | | BOYNTON BEACH, FL 33435 |
| | | US |



Delivery exception

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772544211151 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961222277 |
| | DT104961222303 |
| | DT104961266872 |
| | DT104961266872 |
| | DT104961359314 |

| | DT104961359314 |
| | DT104961359314 |
| | DT104961359336 |
| | DT104961359358 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |
| Reference: | 1679 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/25/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Unable to deliver shipment, returned to shipper | No action is required. The package is being returned to the shipper. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 5:09 PM CDT on 07/02/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Suite 400
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Main: 202-263-4300
Fax: 202 263-4329
www.sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

Bruce A. McDonald
bmcdonald@sgrlaw.com

June 25, 2018

**Via Email**
**micheala.jallah@yahoo.com**

**Via Federal Express**
**Tel.: 954-2782209**

Micheala Jallah
Patrick Black
1876 N. University Drive, Suite 200-I
Plantation, FL 33322

   *Re:*  *Transamerica Corp. v. TransAmerica Multiservices Inc., Allnation Financial LLC and Micheala Jallah,* Case No. 1:18-cv-22483 (S.D.Fla.)

Dear Ms. Jallah and Mr. Black:

  This is further to my discussion this morning with an individual who identified himself as Patrick Black.  Mr. Black indicated that he was in receipt of our correspondence dated June 21, 2018, which we sent to your email address at micheala.jallah@yahoo.com. I understand from my discussion with Mr. Black that the two of you are jointly responsible for the business activity at the website www.tamultiservices.com.

  Our client, Transamerica Corporation, has attempted to contact your business twice at this address, which is the "contact" address on your website at www.tamultiservices.com, copies of which accompanied our letter dated June 21.  We received no response to that correspondence.

  We have also directed correspondence to you at each of the following addresses, which has also been returned undeliverable:

- 500 NE Spanish River Blvd., #105, Boca Raton, FL 33431, *i.e.,* the registered address of your Florida limited liability company, Allnation Financial LLC, f/k/a TransAmerica Multiservices Agency LLC, f/k/a TransAmerica Tax Multiservices LLC.  The occupant of that address is G&L Transcription, Inc., according to its representative Gary Froongian.



SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

Michaela Jallah and Patrick Black
June 25, 2018
Page 2

- 400 South Federal Hwy, # 406, Boynton Beach, FL 33435, *i.e.*, the registered address for the domain name TAMULTISERVICES.COM

In our discussion today, your representative Mr. Black indicated that you continue to receive mail at 1876 N. University Drive, Suite 200-I, Plantation, FL 33322. That would mean that you are in receipt of our letters dated March 14, 2018, and April 30, 2018, copies of which were enclosed with our letter dated June 21, which you have now received according to Mr. Black.

In any case, you are on notice that our client has filed a complaint against you and your Florida company seeking damages and injunctive relief, costs and attorney fees, alleging service mark infringement in violation of Section 32(1) of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1); federal unfair competition, false representation and false designation of origin in violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a); violation of the Federal Trademark Dilution Act (FTDA), 15 U.S.C. § 1125(c); common law unfair competition under the law of Florida; and Florida statutory unfair competition in violation of Florida Statute § 501.204.

Before our client files proof of service or takes further action, we have been instructed to provide you with a final opportunity to avoid further action by taking the actions outlined in our June 21 letter within ten (10) business days of receipt, *i.e.,* **July 5, 2018.**

In addition to those measures, our client will require that you remove all content from the website at www.tamultiservices.com and assign the Internet domain name TAMULTISERVICES.COM to our client as a means of ensuring that the website is not used for further infringing conduct or to capitalize on the results of previous infringing conduct.

I look forward to communicating with you this week to ensure that each of these measures has been taken, and you can reach me at any time at 202-263-4362.

Sincerely,

Bruce A. McDonald

BAM:me

cc:       Transamerica Corporation
          Gail Podolsky, Esq.
          Aaron S. Weiss, Esq.



*Atlanta : Austin : Jacksonville : Los Angeles : London : Munich : New York : Southampton : Washington, D.C.*

Suite 400
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Main: 202-263-4300
Fax: 202 263-4329
www.sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

Bruce A. McDonald
bmcdonald@sgrlaw.com

June 28, 2018

**Via Email**
**micheala.jallah@yahoo.com**

**Via Federal Express**
**Tel.: 954-2782209**

Allnation Financial LLC
Attn.: Micheala Jallah
500 NE Spanish River Blvd., #105
Boca Raton, FL 33431

1876 N. University Drive, Suite 200-I
Plantation, FL 33322

501 51st Ave., N.W.
Delray Beach, FL 33445

     Re:    *Transamerica Corp. v. TransAmerica Multiservices Inc., Allnation Financial LLC and Micheala Jallah,* Case No. 1:18-cv-22483 (S.D.Fla.)

Dear Ms. Jallah:

     Further to my discussion yesterday with you and an individual who identifies himself as "Patrick Black," but whose name has been revealed by our investigation to be "Patrick Blackwood," I am enclosing for review and comment a settlement agreement pursuant to which our client is willing to dismiss the captioned case without prejudice.

     For the record, you are refusing to disclose your residential address notwithstanding that the address was used for business activity that infringed our client's name and federally registered service marks in violation of Section 32(1) of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1); federal unfair competition, false representation and false designation of origin in violation of Lanham Act Section 43(a), 15



Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 23, p. 2 of 10

SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

Md. Michaela Jallah
June 28, 2018
Page 2

U.S.C. § 1125(a); violation of the Federal Trademark Dilution Act (FTDA), 15 U.S.C. § 1125(c); common law unfair competition under the law of Florida; and Florida statutory unfair competition in violation of Florida Statute § 501.204.

Instead of disclosing your residential address, it is my understanding from you and Mr. Blackwood that you and your company receive mail at 1876 N. University Drive, Suite 200-I, Plantation, FL 33322, but that you were unaware of our correspondence dated March 14, 2018, or April 30, 2018, until after this case was filed, because you had not picked up your mail. Meanwhile we are informed by Federal Express that our correspondence to date has been successfully delivered to the addresses listed above, so we will continue to use those addresses until you provide us with your actual address.

In any case, our client will not enter into an agreement with a party that refuses to disclose its address, so you are encouraged to reconsider that position as well as the terms and conditions of the enclosed agreement.

Regarding domain names, our client is requesting the assignment of the Internet domain name TAMULTISERVICES.COM and all other domain names owned by Allnation Financial or yourself that have used to display the name "TransAmerica Multiservices" or any other name incorporating or imitating "Transamerica" or any name confusingly similar thereto. We are requesting the assignment of these domain names not because they incorporate or imitate the name "Transamerica," but because they have been used as instrumentalities for the unlawful conduct alleged in our client's Complaint.

The domain name issue has been complicated by your representations yesterday that you do not own the domain name TAMULTISERVICES.COM . We understand that the content previously appearing at www.tamultiservices.com has been taken down and replaced with references to "American Computer Solutions." However, according to public Internet domain name registration records, *see* www.godaddy.com, you continue to be the owner of that domain name as of this writing.

In any case, our client is willing to dismiss its action without prejudice in return for the representations and covenants in the attached Agreement. Please give this matter your



Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 23, p. 2 of 10

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

Md. Michaela Jallah
June 28, 2018
Page 3

consideration and contact the undersigned if you are interested in pursuing an amicable settlement to this case.

Sincerely,

Bruce A. McDonald

BAM:me

cc:        Transamerica Corporation (w/enc.)
           Gail Podolsky, Esq. (w/enc.)
           Aaron S. Weiss, Esq.  (w/enc.)



*Atlanta : Austin : Jacksonville : Los Angeles :  London : Munich : New York : Southampton : Washington, D.C.*

## COEXISTENCE AGREEMENT

This Agreement is hereby effective as of last date appearing in the signature block below (the "Effective Date"), by and between:

Transamerica Corporation, a Delaware corporation located at 6400 C Street SW, Cedar Rapids, IA 52499 ("Transamerica"), and

Allnation Financial, LLC, a Florida limited liability company with a registered address at 500 NE Spanish River Blvd., # 105, Boca Raton, FL, and its principal, Micheala Jallah, a Florida resident domiciled at _____(collectively "Allnation Financial").

WHEREAS Transamerica is a financial and insurance organization primarily but not exclusively engaged in the underwriting, distribution and administration of life insurance, health insurance and annuity products, as well as asset and investment management and advisory services, mutual fund management, brokerage, and distribution services, retail stock brokerage services, financial retirement planning, administration of retirement and pension plans, insurance agency and brokerage services, and preparation of reports relating to finance and investments;

WHEREAS Transamerica, through its subsidiaries, affiliates and predecessors, has used the name "Transamerica" since 1929 throughout the United States, including Florida, for financial and other services, and owns multiple United States Service Mark Registrations covering the name TRANSAMERICA in multiple classes, duly registered on the Principal Register of the United States Patent and Trademark Office and available for inspection on the PTO website at www.uspto.gov;

WHEREAS, on or about June 20, 2018, Transamerica instituted a Complaint against Allnation Financial and its principal, Micheala Jallah, in a case styled *Transamerica Corp. v. Transamerica MultiServices, Inc.*, *et al.,* Case No. 1:18-cv-22483 (S.F.Fla.), alleging service mark infringement in violation of Section 32(1) of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1); federal unfair competition, false representation and false designation of origin in violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a); violation of the Federal Trademark Dilution Act (FTDA), 15 U.S.C. § 1125(c); common law unfair competition under the law of Florida; and Florida statutory unfair competition in violation of Florida Statute § 501.204;

WHEREAS Allnation Financial and its principal were engaged, at the time the pending litigation was filed, in use of the name "TransAmerica Multiservices" as follows on a website at www.tamultiservices.com:



WHEREAS Allnation Financials' website at www.tamultiservices.com, illustrated above, was advertising auto, home, life, business and health insurance as follows at the time the pending litigation was filed:



WHEREAS The "TransAmerica Multiservices Mission Statement" on Allnation Financial's website at www.tamultiservices.com was advertising Defendants' services as follows at the time the pending litigation was field:

Our mission is to put in place and educate people from different countries how to establish great *financial foundation* for individual, families, businesses, organizations and communities *to grow financially* strong throughout the United State [sic] of America.
*     *     *
*Integrity*. An *insurance* policy is essentially a promise to provide protection, security, and peace of mind to our policyholders. Central employees are committed to fulfilling these promises everyday by offering quality products, operating a stable company with *sound investments*, and providing outstanding customer service.
*     *     *
*Excellence.* At TransAmerica Multiservices, we continually challenge ourselves to achieve more. We believe in investing in our people through learning and skill development, encouraging innovation and creativity, and providing strong leadership from visionaries who truly care about each employee. Setting such high standards is how Central attracts the most talented people for our team and is what *makes us an excellent insurance company*. [Emphasis added.]

WHEREAS Allnation Financial's website at www.tamultiservices.com was advertising Defendants' services as follows at the time the pending litigation was filed:

We understand that before you can trust us with your *financial future*, you have to believe we have our own *financial house* in order. *  *  *

- *Clarity*. While *insurance* language can sometimes be complex, we'll always strive to communicate with you as clearly and straightforward as we can.

- *Products*.  TransAmerica Multiservices can help you find *Insurance* plans to fit your needs in all aspects of your life. [Emphasis added.]

WHEREAS the web page entitled "Our Products and Services" on Allnation Financial's website at www.tamultiservices.com was using the name "TransAmerica Multiservices" for the

advertising of "insurance," "mutual funds," and "annuities" at the time the pending litigation was filed;

WHEREAS Allnation Financial was also using the name TransAmerica Multiservices for the advertising of other financial services on its website at www.tamultiservices.com at the time the pending litigation was filed, including but not necessarily related to tax services and credit repair services;

WHEREAS, in addition to the name "TransAmerica Multiservices," Allnation Financial and its principal have also used the names "Transamerica Multiservices Agency" and "Transamerica Tax Multi Services LLC";

WHEREAS Allnation Financial and its principal have no authorization, consent, license or approval from Transamerica to use "Transamerica" or its phonetic equivalent as all or part of any trademark, service mark, trade name, corporate or entity name, or any other manner;

WHEREAS, on March 14, 2018, and again on April 30, 2018, Transamerica, through counsel, sent a demand letter to Allnation Financial's principal demanding that she, and those acting in concert with her, discontinue use of the name "TransAmerica Multiservices" and refrain from using the "Transamerica" name as all or part of any trademark, service mark or trade name, but received no response to either letter;

WHEREAS, as of June 27, 2018, display of the name "TransAmerica Multiservices" and the other content illustrated above had been removed from the website at www.tamultiservices.com but the domain name TAMULTISERVICES.COM continued to be registered in the name of Micheala Jallah at 400 South Federal Hwy, # 406, Boynton Beach, FL 33435;

WHEREAS the parties have reached an agreement and desire to avoid further litigation and dispute pursuant to the terms and conditions of this Agreement;

NOW, THEREFORE, in consideration of the terms and conditions of this Agreement, and for other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows.

(1)     Allnation Financial and its principal acknowledge the validity of Transamerica's United States Service Mark Registrations issued by the U.S. Patent and Trademark Office covering the name "Transamerica" pleaded by Transamerica in the pending litigation, and of Transamerica's exclusive right to use the "Transamerica" name and service marks corresponding to those registrations as all or part of any trademark, service mark, trade name, corporate or entity name, or any other commercial use, and agree not to challenge, contest or oppose such exclusive right, or to assist any other party in so doing, in any judicial, administrative or other forum in the United States or elsewhere.

(2)     As a condition to this Agreement, Allnation Financial and its principal represent that they have assigned to Transamerica the Internet domain name TAMULTISERVICES.COM

3

and all other domain names owned by Allnation Financial or its principal that have used to display the name "TransAmerica Multiservices" or any other name incorporating or imitating "Transamerica" or any name confusingly similar thereto, and that Allnation Financial and its principal are not, as of the Effective Date of this Agreement -

      (a)    using the name "TransAmerica MultiServices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is confusingly similar to "Transamerica," as all or part of any trade name, corporate or entity name, trademark, service mark, Internet domain name, or portion thereof;

      (b)    using the Internet domain name TAMULTISERSVICES.COM, or any other domain name or website owned or used by Allnation Financial or its principal at any time for display of the name "TransAmerica Multiservices" or any other name incorporating or imitating "Transamerica" or other name confusingly similar thereto;

      (c)    using any form of advertising, including keywords or "Adwords" in Internet advertising, that contain the name "TransAmerica Multiservices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto;

      (d)    using the "Transamerica" name, or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto, for any product or service, or in any letterhead, sign, website, advertising or promotion, e-mail or other sales solicitation or business listing, either in print, broadcast, electronic or other form, either separately or compositely with other words;

      (e)    making representations, directly or indirectly, to anyone, anywhere, by any means, including but not limited to unauthorized co-branding, that Allnation Financial and/or its principal or services are related to, associated or affiliated with, or sponsored, endorsed or approved by Transamerica;

      (f)    in any manner rendering, depicting, uttering or imitating the name "Transamerica" or any name confusingly similar to "Transamerica" for the purpose of misappropriating the trade and goodwill of Transamerica by association, imitation, fraud, mistake or deception; or

      (g)    unfairly competing with Transamerica in any manner.

    (3)    In consideration of Transamerica's agreement to forebear from further action against Allnation Financial or its principal arising from their use of the name "TransAmerica Multiservices," Allnation Financial and its principal shall take the following affirmative measures:

4

(a)     assign to Transamerica the domain name TAMULTISERVICES.COM, and all other domain names owned by Allnation Financial or its principal that have displayed the name "TransAmerica Multiservices" or any other name incorporating or imitating "Transamerica" or any name confusingly similar thereto; and

(b)     activate the name "Transamerica" as a negative keyword or negative Adword in all existing and future Internet advertising purchased or used by Allnation Financial or its principal.

(4)     In addition to the affirmative steps required by Paragraph (2) above, Allnation Financial and its principal shall  permanently refrain from:

(a)     using the name "TransAmerica MultiServices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is confusingly similar to "Transamerica," as all or part of any trade name, corporate or entity name, trademark, service mark, Internet domain name, or portion thereof;

(b)     using any Internet other domain name or website for display of the name "TransAmerica Multiservices" or other name incorporating or imitating "Transamerica" or other name confusingly similar thereto;

(c)     purchasing, selling, or using any form of advertising, including keywords or "Adwords" in Internet advertising, that contain the name "TransAmerica Multiservices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi Services," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto;

(d)     using the name "Transamerica," or any other name that incorporates or imitates the name "Transamerica" or is otherwise confusingly similar thereto, for any product or service, or in any letterhead, sign, website, advertising or promotion, e-mail or other sales solicitation or business listing, either in print, broadcast, electronic or other form, either separately or compositely with other words;

(e)     making representations, directly or indirectly, to anyone, anywhere, by any means, including but not limited to unauthorized co-branding, that Allnation Financial and/or its principal are related to, associated or affiliated with, or sponsored, endorsed or approved by Transamerica;

(f)     in any manner rendering, depicting, uttering or imitating the name "Transamerica" or any name confusingly similar to "Transamerica" for the purpose of misappropriating the trade and goodwill of Transamerica by association, imitation, fraud, mistake or deception; and

(g)     unfairly competing with Transamerica in any manner.

(5)     Subject to the foregoing representations and covenants by Allnation Financial and its principal, Transamerica shall voluntarily dismiss the pending litigation against Allnation Financial and its principal without prejudice within ten (10) business days from the Effective Date of this Agreement.

(6)     It is recognized and agreed that the harm suffered by Transamerica from a material violation of this Agreement shall be deemed irreparable in nature so as to warrant the entry of preliminary and permanent injunctive relief upon a showing of such breach, in addition to any other legal or equitable relief, damages, and remedies, including exemplary damages, which may be available.

(7)     In any court action that Transamerica is required to bring in order to enforce this Agreement or its underlying exclusive rights because of a material breach by Allnation Financial or its principal that the latter have failed to cure after receiving reasonable notice, Transamerica shall be entitled to recover such costs and attorney fees as may have been reasonably incurred in such enforcement.

(8)     The parties agree to execute any further agreements, consents or other documents which may be necessary to carry out the spirit and intent of this Agreement.

(9)     This Agreement represents the entire agreement between the parties concerning the subject matter hereof and supersedes any and all prior agreements and understandings, if any, whether written or oral.

(10)     The failure of Transamerica to enforce the terms and conditions of this Agreement, or the waiver of a breach of any provision herein, shall not in any way limit or waive the right of Transamerica thereafter to enforce compliance with the Agreement.

(11)     If for any reason a court of competent jurisdiction finds any provision or portion of this Agreement to be unenforceable, that provision of this Agreement will be enforced to the maximum extent permissible so as to carry out the intent of the parties, and the remainder of this Agreement will continue unmodified except as necessary to avoid unfairness.

(12)     Each party represents and warrants that with respect to itself that: (i) all necessary corporate and legal actions to approve the making and execution of this Agreement have been taken and that no further action is required; (ii) the making and execution of this Agreement does not violate any provision of law or of its articles of incorporation and bylaws or other charter documents or any document, instrument or agreement to which it is a party or pursuant to which any of its property is bound; (iii) upon the execution and delivery of this Agreement this Agreement shall be the valid and binding obligation of such party, enforceable against such party in accordance with the terms and provisions hereof; and (iv) this Agreement is entered into by the undersigned parties freely and voluntarily.  Any amendment, supplementation or other modification to any provision of this Agreement will be effective only if in writing and signed by both parties.

(13)     This Agreement will be governed by and construed in accordance with the substantive laws of the United States and the State of Iowa, without regard to or application of that State's conflicts of law principles.

(14)     This Agreement may be executed in identical counterparts with the same force and effect as if the signatures were all set forth on a single instrument.  This Agreement is deemed to be executed and effective as of the date on which the last party signs a counterpart to this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as a legally binding instrument.

**TRANSAMERICA CORPORATION**               **ALLNATION FINANCIAL, LLC**

_____                _____
Signature                                                          Signature

_____                _____
Name                                                              Name

_____                _____
Title                                                               Title

_____                _____
Date                                                               Date

**MICHEALA JALLAH,** in her  representative and individual capacity

_____
Signature

_____
Name

_____
Title

_____
Date

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, June 29, 2018 9:28 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



**Ship date:**
Thu, 6/28/2018

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

**Scheduled delivery:**
Mon, 7/2/2018 by 10:30 am

**Attn.: Micheala Jallah**
Allnation Financial LLC
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Envelope |

| | |
|---|---|
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:27 AM CDT on 06/29/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 02, 2018 9:20 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



| Ship date:<br>**Thu, 6/28/2018** | | Scheduled delivery:<br>**Tue, 7/3/2018 by 10:30 am** |
|---|---|---|
| **LaShan Early**<br>Smith Gambrell Russell LLP<br>Washington, DC 20007<br>US | <br>Delivery exception | **Attn.: Micheala Jallah**<br>Allnation Financial LLC<br>500 NE Spanish River Blvd.,<br>#105<br>BOCA RATON, FL 33431<br>US |

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961259002 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |

| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:19 AM CDT on 07/02/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, July 03, 2018 9:17 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

## See "Resolving Delivery Issues" for recommended actions

## See "Preparing for Delivery" for helpful tips

## Tracking # 772594863366



Ship date:
**Thu, 6/28/2018**

**LaShan Early**
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

Scheduled delivery:
**Tue, 7/3/2018 by 4:00 pm**

👁 Estimated between:
**9:10 am - 10:25 am**

**Attn.: Micheala Jallah**
Allnation Financial LLC
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| Tracking number: | 772594863366 |
| Status: | Delivery exception |
| Department number: | 1679 |
| Door Tag number: | DT104961191789 |
| | DT104961259002 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |

| | |
|---|---|
| **Reference:** | 1679 |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:16 AM CDT on 07/03/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. The "estimated between" time range is based on historical data of prior deliveries in the same delivery area for the same service type. Actual delivery time may vary based on current conditions such as weather, traffic, routing and other considerations. The "estimated between" time range is provided for the recipient's convenience and FedEx does not determine money-back guarantee or delay claim requests based on the "estimated between" time range. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, July 05, 2018 9:10 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



| Ship date: | | Scheduled delivery: |
|---|---|---|
| Thu, 6/28/2018 | | Pending |
| **LaShan Early** | | 👁 Estimated between: |
| Smith Gambrell Russell LLP | | 9:10 am - 10:25 am |
| Washington, DC 20007 | | **Attn.: Micheala Jallah** |
| US | | Allnation Financial LLC |
| | | 500 NE Spanish River Blvd., #105 |
| | | BOCA RATON, FL 33431 |
| | | US |



Delivery exception

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772594863366 |
| **Status:** | Delivery exception |
| **Department number:** | 1679 |
| **Door Tag number:** | DT104961191789 |
| | DT104961191789 |
| | DT104961259002 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034697.1900 |

| Reference: | 1679 |
|---|---|
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Customer not Available or Business Closed | Door tag will provide the time and address of the FedEx location where you may pick up your shipment, and also indicate if another delivery attempt will be made. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉  Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:10 AM CDT on 07/05/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. The "estimated between" time range is based on historical data of prior deliveries in the same delivery area for the same service type. Actual delivery time may vary based on current conditions such as weather, traffic, routing and other considerations. The "estimated between" time range is provided for the recipient's convenience and FedEx does not determine money-back guarantee or delay claim requests based on the "estimated between" time range. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Saturday, July 07, 2018 12:21 PM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772594863366 Delivery Exception |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# We were unable to complete delivery of your package

See "Resolving Delivery Issues" for recommended actions

See "Preparing for Delivery" for helpful tips

Tracking # 772594863366



**Ship date:**
Thu, 6/28/2018

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivery exception

**Scheduled delivery:**
Pending

**Attn.: Micheala Jallah**
Allnation Financial LLC
500 NE Spanish River Blvd.,
#105
BOCA RATON, FL 33431
US

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| Tracking number: | 772594863366 |
| Status: | Delivery exception |
| Department number: | 1679 |
| Door Tag number: | DT104961191789 |
| | DT104961191789 |
| | DT104961259002 |
| Invoice number: | Letter |
| Purchase order number: | 034697.1900 |
| Reference: | 1679 |

| | |
|---|---|
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/29/2018 by 10:30 am |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
|---|---|
| 1. Unable to deliver shipment, returned to shipper | No action is required. The package is being returned to the shipper. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:20 AM CDT on 07/07/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**McDonald, Bruce**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, June 29, 2018 10:07 AM |
| **To:** | McDonald, Bruce |
| **Subject:** | FedEx Shipment 772596977817 Delivered |

**CAUTION:** This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# Your package has been delivered

## Tracking # 772596977817

Ship date:
**Thu, 6/28/2018**

LaShan Early
Smith Gambrell Russell LLP
Washington, DC 20007
US



Delivered

Delivery date:
**Fri, 6/29/2018 10:04 am**

Attn: Micheala Jallah
Allnation Financial LLC
501 51st Ave., N.W.
DELRAY BEACH, FL 33445
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 772596977817 |
| **Status:** | Delivered: 06/29/2018 10:04 AM Signed for By: Signature not required |
| **Department number:** | 1679 |
| **Invoice number:** | Letter |
| **Purchase order number:** | 034797.1900 |
| **Reference:** | 1679 |
| **Signed for by:** | Signature not required |
| **Delivery location:** | DELRAY BEACH, FL |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |

| | |
|---|---|
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 6/29/2018 by 10:30 am |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:06 AM CDT on 06/29/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Suite 400
1055 Thomas Jefferson Street, NW
Washington, DC 20007
Main: 202-263-4300
Fax: 202 263-4329
www.sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
Attorneys At Law

Bruce A. McDonald
bmcdonald@sgrlaw.com

September 7, 2018

**<u>Via Certified Mail Return Receipt Requested</u>**

Allnation Financial LLC
c/o Micheala Jallah, Registered Agent
500 NE Spanish River Blvd., #105
Boca Raton, FL 33431
**Certified Mail Return Receipt No.: 7017 0660 0001 1202 1585**

Ms. Micheala Jallah
1876 N. University Drive, Suite 200-I
Plantation, FL 33322
**Certified Mail Return Receipt No. 7017 0660 0001 1202 1592**

Ms. Micheala Jallah
501 51st Ave., N.W.
Delray Beach, FL 33445
**Certified Mail Return Receipt No. 7017 0660 0001 1608**

> Re:   *Transamerica Corp. v. TransAmerica Multiservices Inc., Allnation Financial LLC
> and Micheala Jallah,* Case No. 1:18-cv-22483 (S.D.Fla.)

Dear Ms. Jallah:

Enclosed are copies of the Complaint and Summonses in this action.

Sincerely,

Bruce A. McDonald

BAM:me
Enclosures

cc:       Transamerica Corporation (w/o enc.)
          Gail Podolsky, Esq. (w/o enc.)
          Aaron S. Weiss, Esq.  (w/o enc.)


*Atlanta  :  Austin  :  Jacksonville  :  Los Angeles  :  London  :  Munich  :  New York  :  Southampton  :  Washington, D.C.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No: 1:18-cv-22483

TRANSAMERICA CORPORATION,

*Plaintiff*,

v.

TRANSAMERICA MULTISERVICES
INC., ALLNATION FINANCIAL, LLC,
and MICHEALA JALLAH,

*Defendants*.

_____/

## COMPLAINT – JURY TRIAL DEMANDED

Transamerica Corporation ("Plaintiff" or "Transamerica"), brings this Complaint against

Defendants Transamerica Multiservices Inc., Allnation Financial LLC, and Michaela Jallah

("Defendants"), for service mark infringement in violation of Section 32(1) of the Federal

Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1); federal unfair

competition, false representation and false designation of origin in violation of Lanham Act

Section 43(a), 15 U.S.C. § 1125(a); violation of the Federal Trademark Dilution Act (FTDA), 15

U.S.C. § 1125(c); common law unfair competition under the law of Florida; and Florida statutory

unfair competition in violation of Florida Statute § 501.204.

### PARTIES

1.      Transamerica is a corporation organized and existing under the laws of the State

of Delaware, located and doing business at 6400 C Street SW, Cedar Rapids, IA 52499.

2.      Defendant TransAmerica Multiservices Inc. ("TransAmerica Multiservices") is a

corporation organized and existing under the laws of the State of Florida.  On information and

belief, TransAmerica Multiservices conducts business, or during the period of time relevant to

this Complaint did conduct business, at one or more of the following addresses: 326 Washington Ave., Homestead, FL 33030; 1876 N. University Drive, Suite 200-I, Plantation, FL 33322; 400 South Federal Highway, Boynton Beach, FL 33435; 500 NE Spanish River Blvd., Suite 105C, Boca Raton FL 33431; and 500 51st Ave. N.W., Delray Beach, FL 33445-2140.

3.      Defendant Allnation Financial LLC ("Allnation Financial"), f/k/a TransAmerica Multiservices Agency LLC, f/k/a TransAmerica Tax Multi Services LLC, is a limited liability company organized and existing under the laws of the State of Florida.   On information and belief, Defendant Allnation Financial conducts business, or during the period of time relevant to this Complaint did conduct business, at the following addresses: 500 NE Spanish River Blvd., Suite 105C, Boca Raton FL 33431; 1876 N. University Drive, Suite 200-I, Plantation, FL 33322; 400 South Federal Highway, Boynton Beach, FL 33435; and 500 51st Ave. N.W., Delray Beach, FL 33445-2140.

4.      On information and belief, Defendant Michaela Jallah ("Jallah"), a Florida resident with an address at 500 51st Ave. N.W., Delray Beach, FL 33445-2140, is the principal officer and director of Defendants Transamerica Multiservices and Allnation Financial, and has personally engaged in, authorized, and/or facilitated the unlawful conduct described herein.

### JURISDICTION AND VENUE

5.      This is an action for monetary damages and injunctive relief arising from Defendants' violations of the laws of the United States and the State of Florida.

6.      This Court has subject matter jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1338, because Transamerica's claims for violations of the Lanham Act arise under federal law. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367 over Transamerica's state

law claims because they are so related to Transamerica's federal claims that they form part of the same case or controversy.

7.     Defendants are subject to personal jurisdiction in this Court because (i) Defendants are domiciled in Florida, doing business in Florida, and located in Florida; (ii) Defendants are operating, conducting, engaging in, and carrying on a business in Florida and maintain their offices in Florida; (iii) Defendants have committed, or aided, abetted, contributed to or participated in the commission of unfair competition, improper acts of unauthorized and unlicensed use of Transamerica's name and federally registered "Transamerica" service mark and other tortious acts that have led to foreseeable harm and injury to Transamerica in Florida; and (iv) Defendants have systematic and continuous contacts with Florida.

8.     Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions alleged in this Complaint occurred in this District.

## FACTUAL BACKGROUND

9.     Transamerica is a leading provider of insurance and financial services, primarily engaged in the underwriting, distribution and administration of life insurance, health insurance and annuity products, as well as asset and investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; insurance agency and brokerage services; preparation of reports relating to finance and investments; and providing a website featuring educational information in the field of financial wellness.

10.     Transamerica, through its subsidiaries, affiliates and predecessors, has used the name "Transamerica" since 1929 throughout the United States, including Florida, for financial

services, and owns the following United States Service Mark Registrations covering that name,

duly registered on the Principal Register of the United States Patent and Trademark Office

("PTO") and available for inspection on the PTO website at www.uspto.gov:

| Reg. | Services |
|---|---|
| 718358 | Consultation and advice in respect to investment of monies of others, in Class 35 (first use 1/1929) |
| 831626 | Underwriting of insurance – namely, life, including accident and health, in Class 36 (first use 7/18/1959) |
| 978808 | Financial services rendered to others – namely, providing loan services to others, providing consumer credit services, insurance underwriting and investment services, in Class 36 (first use 1958) |
| 1129244 | Business forms, house organ, corporate reports and bulletins issued periodically, and employee and corporate directories, in Class 16 (first use 1978) |
| 1635682 | Financial consulting services; investment management and counseling services; mutual funds management sales and distribution services; insurance premium financing services; insurance underwriting services for life, disability insurance; life reinsurance services; insurance agency services; underwriting services for variable life insurance and variable annuity products, in Class 36 (first use 9/30/1989) |
| 1202289 | Real estate asset and management services, in Class 36 (first use 1977) |
| 4511809 | Financial services, namely, underwriting and distribution of life and health insurance and annuity products; investment management and advisory services; mutual fund management, brokerage, and distribution services; retail stock brokerage services; financial retirement planning; administration of retirement and pension plans; and insurance agency and brokerage services, in Class 36 (first use 1929) |
| 4863327 | Organization and presentation of sports tournaments as an event sponsor, in Class 41 (first use 1989) |

4

| Reg. | Services |
|---|---|
| 4909084 | Pens, pencils, folders, note pads, stickers, stationery, writing pads, holiday cards, invitation cards, printed invitations, letterhead paper, notebooks, blank journals, paper note holders, pen and pencil holders, paperweights, paper name tags, memo cards, memo pads, memo holders, note cards, blank cards, postcards and greeting cards, posters, blank or partially printed paper labels, mailing labels, business cards, printed paper signs, printed paper signs, namely, table tents, markers, paper coasters, adhesive labels, adhesive materials for office use, namely, adhesive note paper, advertising pamphlets, advertising signs of paper, agendas, business forms, calendars, event programs, disposable napkins, paper napkins, hand towels of paper, paper bags, paper gift bags, paper envelopes for packaging, paper mats, paper name badges, paper report covers, paper signboards, paper stock, paper table cloths, paper table linens, printed advertising boards of paper, printed awards, printed certificates, printed charts, printed forms, printed graphs, printed seminar note, in Class 16 (first use 9/2011) |

11.　　In addition to those pleaded above, Transamerica owns the following federal registrations for service marks beginning with the name "Transamerica," duly registered by the PTO on the Principal Register of the United States and available for inspection at www.uspto.gov (hereinafter referred to collectively as "Transamerica's Marks"):

| Mark | Reg. No. |
|---|---|
| **TRANSAMERICA TRIBUTE** | 2224207 |
| **TRANSAMERICA CLASSIC** | 2228202 |
| **TRANSAMERICA BOUNTY** | 2246732 |
| **TRANSAMERICA PLAN MAXIMIZER** | 2284121 |
| **TRANSAMERICA ELITE** | 2458663 |
| **TRANSAMERICA SECURE REWARDS** | 2486240 |
| **TRANSAMERICA PLAN PLUS** | 2609854 |
| **TRANSAMERICA CENTER FOR RETIREMENT STUDIES** | 3058524 |
| **TRANSAMERICA SECURE** | 3430218 |

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA I-SERIES** | 3665517 |
| **TRANSAMERICA TRANSFORM TOMORROW** | 4169169 |
| **TRANSAMERICA TOTAL PLAN MANAGEMENT** | 4392736 |
| **TRANSAMERICA WEALTH MANAGEMENT STRATEGIES** | 4511738 |
| **THE TRANSAMERICA DIFFERENCE** | 4549033 |
| **TRANSAMERICA JOURNEY** | 4601889 |
| **TRANSAMERICA INSTITUTE** | 4634309 |
| **TRANSAMERICA RETIREMENT SERVICES** | 4660133 |
| **TRANSAMERICA RETIREMENT SOLUTIONS** | 4660134 |
| **TRANSAMERICA CENTER FOR HEALTH STUDIES** | 4725082 |
| **TRANSAMERICA FINANCIAL FOUNDATION IUL** | 4761806 |
| **TRANSAMERICA SECURE RETIREMENT INDEX** | 4795843 |
| **TRANSAMERICA INCOME PLUS** | 4818494 |
| **TRANSAMERICA FREEDOM ASSET ADVISOR** | 4819598 |
| **TRANSAMERICA GLOBAL LINK SOLUTIONS** | 4835216 |
| **TRANSAMERICA GLOBAL LINK SOLUTIONS & Design** | 4835217 |
| **TRANSAMERICA RETIREMENT PLAN EXCHANGE** | 4841706 |
| **TRANSAMERICA RETIREMENT SOLUTIONS** | 4877887 |
| **TRANSAMERICA FASTTRACK RETIREMENT PLAN** | 5009328 |
| **TRANSAMERICA TRAVEL PROTECTION** | 5095977 |

| Mark | Reg. No. |
|------|----------|
| **TRANSAMERICA PROVIDER SELECT** | 5115467 |
| **TRANSAMERICA INSPIRE** | 5287959 |
| **TRANSAMERICA PERSONALIZED PORTFOLIOS** | 5341976 |

12.     Pursuant to Section 33(a) of the Lanham Act, 15 U.S.C. § 1115(a), the registrations pleaded above constitute prima facie evidence that (a) Transamerica owns the Transamerica Marks, (b) the Transamerica Marks are valid, and (c) Transamerica has the exclusive right to use the Transamerica Marks in commerce for the financial services set forth in the Certificates of Registration.   All such registrations more than six years old are "incontestable" under Section 15 of the Lanham Act, 15 U.S.C. § 1065, and thereby constitute conclusive evidence of (i) the registration of the marks; (ii) the validity of the registered marks; (iii) Transamerica's ownership of the marks; and (iv) Transamerica's exclusive right to use the marks in commerce for the identified goods and services, as provided by Section 33(b) of the Lanham Act, 15 U.S.C. § 1115(b).

13.     Advertising of the name "Transamerica" and the Transamerica Marks reaches a national audience through U.S. consumer publications and network television.  The Transamerica name and Marks have been widely promoted on CBS, NBC and ABC, in such publications as "Time," "Newsweek," "Sports Illustrated," "The Wall Street Journal," "Forbes," and "U.S. News & World Report," and on cable television, network radio and other media.  They have also been used for the sponsorship of sporting events since the 1986 Transamerica Open in San Francisco. Transamerica sponsors the Major League Soccer team the Colorado Rapids and the American Junior Golf Association's Transamerica Scholastic Junior All-America Team, and is well known

7

for its sponsorship of athletes such as Zach Johnson, winner of the Masters and other PGA tournaments.

14.     Plaintiff has used the name "Transamerica" and the Transamerica Marks in Florida for the offer and sale of insurance and financial services for many years through wholly owned subsidiaries incorporated or registered to do business in Florida, including but not limited to Transamerica Advisers Life Ins. Co.; Transamerica Agency Network, Inc.; Transamerica Asset Management, Inc.; Transamerica Capital, Inc. of California; Transamerica Casualty Insurance Company; Transamerica Financial Advisors, Inc.; Transamerica Fund Services, Inc.; Transamerica Investors Securities Corporation; Transamerica Life Insurance Company; Transamerica Premier Life Insurance Company; Transamerica Retirement Advisors, LLC; Transamerica Retirement Insurance Agency, LLC; and Transamerica Retirement Solutions, LLC.

15.     As a result of substantial, continuous and exclusive use and advertising, the name "Transamerica" and the Transamerica Marks are well known to the public in Florida and elsewhere in the United States as a designation of source that identifies Transamerica as the origin of insurance and financial services.

16.     The name "Transamerica" is inherently distinctive in the financial services industry, and has attained secondary meaning and acquired distinctiveness through substantial, continuous and exclusive use in Florida and throughout the United States by Transamerica.

17.     The "Transamerica" name and Transamerica Marks are an intrinsic and essential part of the valuable goodwill and property of Transamerica, and are protected by Transamerica as such.  Transamerica actively enforces its exclusive rights in the "Transamerica" name and Transamerica Marks, and has sought and obtained protection of the same in Florida over the

years in cases including but not limited to *Transamerica Corporation v. Trans America Financial Corporation et al.*, Civil Action No. 89-1170-civ-T-17(A) (M.D. Fla.) (temporary restraining order and preliminary injunction granted against use of "Transamerica" name for credit marketing services); *Transamerica Corp. v. Transamerica Hotel & Resort Services, Inc.*, Case No. 94-0074 CIV-ATKINS (S.D. Fla.) (use of "Transamerica" for hotel and resort services terminated by settlement); *Transamerica Corp. v. Transamerica Realty Corp.,* Case No. 95-1170-CIV-17(A)(S.D. Fla.) (use of "Transamerica" name for realty services terminated by settlement); *Transamerica Corp. v. Michael Orsomarso d/b/a Transamerica Leasing Inc.,* Case No. 04-80134 (S.D. Fla.) (award of damages, costs and attorney fees for counterfeiting of "Transamerica" name); *Transamerica Corp. v. Transamerica Credit, Inc.,* Case No. 6:07-cv-1475-ORL (consent judgment prohibiting use of "Transamerica" name for credit services); and *Transamerica Corp. v. Moniker Online Services LLC,* 672 F. Supp. 2d 1353 (S.D. Fla. 2009) (denying motion to dismiss complaint for infringement of "Transamerica" name by Internet domain name registration service providers).

### Events Leading to this Controversy

18.     Defendants, at the time of this writing, were advertising the name "TransAmerica Multiservices" as follows on a website at www.tamultiservices.com:



Case 1:18-cv-22483-DPG&X Document 12-1 Entered on FLSD Docket 09/13/2018 Page 191 of 207
Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 26, p. 11 of 25

19.     Defendant's website, at the time of this writing, was advertising auto, home, life,

business and health insurance as follows:

    

20.     The "TransAmerica Multiservices Mission Statement" on Defendants' website

was advertising Defendants' services as follows at the time of this writing:

> Our mission is to put in place and educate people from different countries how to establish great _financial foundation_ for individual, families, businesses, organizations and communities _to grow financially_ strong throughout the United State [sic] of America.
>
> \*          \*          \*
>
> **Integrity.** An _insurance_ policy is essentially a promise to provide protection, security, and peace of mind to our policyholders. Central employees are committed to fulfilling these promises everyday by offering quality products, operating a stable company with _sound investments_, and providing outstanding customer service.
>
> \*          \*          \*
>
> **Excellence**. At TransAmerica Multiservices, we continually challenge ourselves to achieve more. We believe in investing in our people through learning and skill development, encouraging innovation and creativity, and providing strong leadership from visionaries who truly care about each employee. Setting such high standards is how Central attracts the most talented people for our team and is what _makes us an excellent insurance company_. [Emphasis added.]

21.     The page entitled "Why you should choose us" on Defendants' website was

advertising Defendants' services as follows at the time of this writing:

> We understand that before you can trust us with your financial future, you have to believe we have our own _financial house_ in order. \* \* \*
>
> - **Clarity.** While _insurance_ language can sometimes be complex, we'll always strive to communicate with you as clearly and straightforward as we can.
>
> - **Products.**  TransAmerica Multiservices can help you find _Insurance_ plans to fit your needs in all aspects of your life. [Emphasis added.]

22.     The page entitled "Our Products and Services" on Defendants' website was advertising "insurance," "mutual funds," and "annuities" at the time of this writing.

23.     Defendants were also advertising other financial services on their website at www.tamultiservices.com as of this writing, including but not necessarily related to tax services and credit repair services.

24.     In addition to the name "TransAmerica Multiservices," Defendants have also used the names "Transamerica Multiservices Agency" and "Transamerica Tax Multi Services LLC."

25.     Plaintiff's use of the "Transamerica" name and Transamerica Marks pre-dates Defendants' first use of the name "Transamerica" or its equivalent as all or part of any trademark, service mark or trade name.

26.     Defendants have no authorization, consent, license or approval from Transamerica to use the "Transamerica" name or Transamerica Marks, or any name that incorporates or imitates the name "Transamerica," as all or part of any trademark, service mark, trade name, corporate or entity name, or any other manner.

27.     Defendants have used, and at the time of this writing were using, the "Transamerica" name and Transamerica Marks for financial services that are identical to or overlapping with the services provided by Transamerica under the "Transamerica" name and Transamerica Marks, including but not necessarily limited to insurance, mutual fund and annuity services.

28.     Due to the familiarity of the public with the "Transamerica" name and Transamerica Marks resulting from continuous, extensive and exclusive use by Transamerica since 1929, members of the public who encounter Defendants' use of the name "TransAmerica Multiservices" or other names incorporating the "Transamerica" name, are likely to believe, mistakenly, that Defendants' services are those of Transamerica or vice versa, or that Defendants' services are authorized, licensed, endorsed or approved by Transamerica, or that there is some other relationship between Defendants and Transamerica.

29.     On March 14, 2018, Transamerica, through counsel, sent a demand letter to

Defendant Jallah, requesting that she, and those acting in concert with her, discontinue use of the

name "TransAmerica Multiservices" and refrain from using the "Transamerica" name or

Transamerica Marks as all or part of any trademark, service mark or trade name.  Absent a

response to that letter, Transamerica sent follow-up correspondence to Defendant Jallah dated

April 30, 2018.  Transamerica has had no response to either letter.

30.     On information and belief, Defendants were aware of Transamerica and the

strength of the name "Transamerica" at all times relevant to this Complaint, having selected,

adopted, and used the name "TransAmerica Multiservices" with the intention to cause confusion

and trade on the value of Transamerica's goodwill.

<div align="center">

**COUNT I**

**Federal Trademark Infringement
Lanham Act §32(1), 15 U.S.C. § 1114**

</div>

31.     Transamerica incorporates by reference the allegations in Paragraphs 1 through 30

of this Complaint.

32.     Defendants are using in commerce, or during the period of time relevant to this

Complaint have so used, a reproduction, counterfeit, copy or colorable imitation of Plaintiff's

federally registered "Transamerica" name and service mark in connection with the sale, offering

for sale, distribution and/or advertising of insurance and financial services in a manner that is

likely to cause confusion, mistake, and deception, leading the public to believe, falsely, that

Defendants' services, and the services advertised at Defendants' website, are the services of

Transamerica, or are sponsored, endorsed, licensed or approved by Transamerica, or are in some

way connected with Transamerica.

33.     Defendants' acts have injured and, in the absence of injunctive relief will continue

to injure, Transamerica's image, reputation, and goodwill in Florida and elsewhere in the United

States, by creating consumer confusion and dissatisfaction, and corresponding diminution in the

reputation and goodwill associated with the name "Transamerica" and Transamerica Marks.

34.     Defendants' use of the "Transamerica" name constitutes misappropriation of

Transamerica's distinguishing and identifying federally registered trademarks that were created

as a result of significant effort and expense by Transamerica over a long period of time.

35.     Defendants' use of the "Transamerica" name evokes an immediate, favorable

impression or association and constitutes a false representation that Defendants' business has

some connection, association or affiliation with Transamerica, and is likely to mislead the trade

and public into believing that Defendants' services originate from, are affiliated with, or are

sponsored, authorized, approved or sanctioned by Transamerica.

36.     Transamerica is without an adequate remedy at law to redress such acts, and will

be irreparably damaged unless Defendants are enjoined from committing and continuing to

commit such acts.

37.     By their acts aforesaid, Defendants are engaged, and during the period of time

relevant to this Complaint have engaged, in federal service mark infringement in violation of Section

32(1) of the Lanham Act, 15 U.S.C. § 1114(1), causing irreparable harm to Plaintiff and the public.

## COUNT II

### Federal Unfair Competition, False
### Representation and False Designation of Origin
### Lanham Act § 43(a), 15 U.S.C. § 1125(a)

38.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this

Complaint.

39.     Defendants' actions have caused, and in the absence of injunctive relief are likely

to continue to cause, confusion, mistake, or deception as to the origin and source, sponsorship, or

approval of Defendants' services, causing consumers to believe, falsely, that Transamerica

authorizes, controls, sponsors, endorses or approves of Defendants' services or that Defendants are associated with or related to Transamerica.

40.     Defendants' acts have injured and, in the absence of injunctive relief are likely to continue to injure, Transamerica's image, reputation, and goodwill by creating consumer confusion and dissatisfaction, as well as a diminution of the value of the reputation and goodwill associated with the name "Transamerica" and Transamerica Marks.

41.     By their acts aforesaid, Defendants, are engaged, or during the period of time relevant to this complaint were engaged, in federal unfair competition, false representation and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

<u>COUNT III</u>

**Trademark Dilution**
**Lanham Act §43(c), 15 U.S.C. § 1125(c)**

42.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

43.     The "Transamerica" name has been used, advertised, and promoted extensively by Transamerica since 1929 throughout the United States including Florida.

44.     Transamerica has expended large sums of money on advertising and promotion of the "Transamerica" name and has earned substantial revenues in connection with its business activities conducted in association therewith.

45.     The "Transamerica" name is famous throughout Florida and the United States.

46.     Defendants' use of the name "TransAmerica MultiServices," and other names incorporating and imitating the name "Transamerica," is likely to dilute Transamerica's famous, federally registered "Transamerica" name, and to tarnish the reputation of the name

"Transamerica" and Transamerica Marks, in violation of Section 43(c) of the Lanham Act, 15

U.S.C. § 1125(c).

47.     On information and belief, Defendants were aware of the fame of the

"Transamerica" name and Transamerica Marks prior to adopting the name "TransAmerica

MultiServices" and other names that they have used that incorporate or imitate the

"Transamerica" name.

48.     Defendants began using the name "Transamerica Multiservices" and other names

incorporating and imitating the "Transamerica" name, long after the name "Transamerica" and

Transamerica Marks became famous in the State of Florida and elsewhere.

49.     Defendants' use of the name "TransAmerica Multiservices" and other names

incorporating and imitating the name "Transamerica" in the promotion of their business activities

and efforts to market products and services has blurred, and is likely to blur, the distinctive

quality of Transamerica's famous Transamerica Marks.

50.     By reason of Defendants' use of the name "TransAmerica Multiservices" and

other names incorporating and imitating the name "Transamerica," Transamerica has been

damaged and has no adequate remedy at law.

51.     Defendants' conduct has enabled them to earn profits to which they are not in

law, equity or good conscience entitled, and which have unjustly enriched them, all to

Defendants' profit and Transamerica's detriment.

## COUNT IV

### Florida Common Law Unfair Competition

52.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this

Complaint.

53.     Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica" in connection with insurance and financial services has caused, and in the absence of injunctive relief will further cause, a likelihood of confusion, mistake and deception as to the origin and source of Defendants' services and the relationship between Transamerica and Defendants.  Thus, Defendants have also engaged in unfair competition with Transamerica in violation of the common law of the State of Florida by selling, offering, and promoting their services with the intention of trading upon the goodwill established by Transamerica and thereby misappropriating the benefits of substantial effort and money expended by Transamerica in establishing its rights in the name "Transamerica" and Transamerica Marks.

54.     Defendants' acts aforesaid constitute common law unfair competition under the law of the State of Florida.

## COUNT V

### Florida Deceptive and Unfair Trade Practices Act (FDUTPA)
### Fla. Stat. § 501.204(1)

55.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

56.     Defendants' use of the name "TransAmerica Multiservices" and other names incorporating and imitating the name "Transamerica" in connection with the sale of insurance and financial services has caused, and in the absence of injunctive relief is likely to further cause, confusion, mistake and deception as to the origin and source of Defendants' services and the relationship between Transamerica and Defendants, in violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA).  Defendants have also engaged in unfair competition with Transamerica in violation of Fla. Stat. § 501.204 by selling, offering, and promoting their

services with the intention of trading upon the goodwill established by Transamerica and thereby misappropriating the benefits of substantial effort and money expended by Transamerica in establishing its rights in the name "Transamerica" and Transamerica Marks.

57.     Defendants' conduct has caused and continues to cause irreparable injury, loss of reputation, and exemplary damages to be proved at trial. Unless enjoined by this Court, Defendants will continue these acts, thereby causing Transamerica further immediate and irreparable damage.

<div align="center">

**COUNT VI**

**Florida Statutory False Advertising
Fla. Stat. § 817.41**

</div>

58.     Transamerica incorporates the allegations in Paragraphs 1 through 30 of this Complaint.

59.     Defendants, by their acts aforesaid, have made, disseminated and caused to be made and disseminated misleading advertising with the intent to obtain money or property under false pretenses in violation of Fla. Stat. 817.41.

<div align="center">

**DEMAND FOR JURY TRIAL**

</div>

Pursuant to Fed. R. Civ. P. 38, Transamerica demands a trial by jury on all triable issues.

<div align="center">

**PRAYER FOR RELIEF**

</div>

Wherefore, Transamerica prays:

1.     For an order permanently enjoining Defendants, collectively and individually, and their officers, shareholders, partners, principals, agents, assignees, beneficiaries, successors, licensees, distributors, attorneys, proxies, alter egos, aliases, and all other persons acting in concert with Defendants collectively or individually, from:

(a)      using the name "TransAmerica MultiServices," "TransAmerica

Multiservices Agency," "Transamerica Tax Multi Services," or any other name that

incorporates or imitates the name "Transamerica" or is otherwise confusingly similar to

"Transamerica," as all or part of any trade name, corporate or entity name, trademark,

service mark, Internet domain name, or portion thereof;

(b)      purchasing, selling, or using any form of advertising, including keywords

or "Adwords" in Internet advertising, that contain the name "TransAmerica

Multiservices," "TransAmerica Multiservices Agency," "Transamerica Tax Multi

Services," or any other name that incorporates or imitates the name "Transamerica" or is

otherwise confusingly similar thereto, and requiring Defendants, when purchasing or

selling Internet advertising using keywords, Adwords or the like, to activate the name

"Transamerica" as a negative keyword or negative Adword in any Internet advertising

purchased, sold or used;

(c)      infringing Plaintiff's "Transamerica" name or Transamerica Marks,

including all written and spoken terms equivalent or confusingly similar thereto;

(d)      using Plaintiff's "Transamerica" name or Transamerica Marks, or any

other name that incorporates or imitates the name "Transamerica" or is otherwise

confusingly similar thereto, for any product or service, or in any letterhead, sign, website,

advertising or promotion, e-mail or other sales solicitation or business listing, either in

print, broadcast, electronic or other form, either separately or compositely with other

words;

(e)       making representations, directly or indirectly, to anyone, anywhere, by any means, including but not limited to unauthorized co-branding, that Defendants are related to, associated or affiliated with, or sponsored, endorsed or approved by Plaintiff;

(f)       in any manner depicting, uttering or imitating Plaintiff's "Transamerica" name or Transamerica Marks service mark for the purpose of misappropriating the trade and goodwill of Plaintiff by association, imitation, fraud, mistake or deception; and

(h)       unfairly competing with Plaintiff in any manner.

2.       For an order requiring Defendants to account for, recall from any and all channels of distribution, and deliver up to Transamerica, for impoundment during pendency of this action and for destruction thereafter, all materials infringing upon the name "Transamerica" and Transamerica Marks, including all advertisements, brochures, and web-based materials containing the name "TransAmerica" or any other marks that are likely to cause confusion with or dilute the name "Transamerica" or Transamerica Marks.

3.       For an order finding that Defendants' acts described in this Complaint constitute federal service mark infringement under Section 32(1) of the Federal Trademark Act of 1946, as amended (the "Lanham Act," 15 U.S.C. § 1114(1); federal unfair competition, false designation of origin and false representation in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); federal dilution in violation of the Federal Trademark Dilution Act, codified at Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); Florida Statutory False Advertising in violation of Fla. Stat. § 817.41; and Florida statutory and common law unfair competition.

4.       For an order directing Defendants to file with this Court and serve upon Plaintiff within thirty (30) days after service of the injunction, a report in writing, under oath, setting forth

in detail the manner and form in which Defendants have complied with, and will continue to comply with, the injunction and further orders of this Court.

5.      For an accounting of profits pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

6.      For lost profits and damages in such amount as may appear appropriate following a trial on the merits, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

7.      For treble damages pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

8.      For punitive damages as permitted by Florida law.

9.      For costs and attorney fees, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) and Fla. Stat. § 501.2105.

10.     For such other and further relief as the Court may deem just and proper.

Dated: June 20, 2018

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 S.E. Second St., Ste. 4200
Miami, Florida 33131
T: 305.530.0050 F: 305.530.0055

Bruce A. McDonald (*to be admitted PHV*)
Email: bmcdonald@sgrlaw.com
Smith, Gambrell & Russell, LLP
1055 Thomas Jefferson St., N.W., Ste. 40
Washington, D.C. 20007
T: 202.263.4362 F: 202.263.4329

*Attorneys for Plaintiff Transamerica Corporation*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Transamerica Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  18-cv-22483-Gayles/Otazo-Reyes |
| Transamerica Multiservices, Inc., Allnation Financial, LLC, and Micheala Jallah | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Transamerica Multiservices, Inc.
c/o Maria T. Pallais
326 Washington Avenue
Homestead, Florida  33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss, Esq.
Carlton Fields Jorden Burt, P.A.
100 S.E. Second Street
Miami Tower, Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____06/21/2018_____

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| Transamerica Corporation | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Transamerica Multiservices, Inc., Allnation Financial, LLC, and Micheala Jallah | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  18-cv-22483-Gayles/Otazo-Reyes

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Allnation Financial, LLC
c/o Micheala Jallah
500 N.E. SPanish River Blvd.
Suite 105C
Boca Raton, FLorida  33431


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron S. Weiss, Esq.
Carlton Fields Jorden Burt, P.A.
100 S.E. Second Street
Miami Tower, Suite 4200
Miami, Florida  33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   06/21/2018

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

Case No. 1:18-cv-22483
Declaration of Bruce A. McDonald
Attachment 26, p. 24 of 25

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Transamerica Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 18-cv-22483-Gayles/Otazo-Reyes |
| Transamerica Multiservices, Inc., Allnation Financial, LLC, and Micheala Jallah | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Micheala Jallah
500 51st Avenue
Delray Beach, Florida  33445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron S. Weiss, Esq.
Carlton Fields Jorden Burt, P.A.
100 S.E. Second Street
Miami Tower, Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____06/21/2018_____

_s/ J. Adams_

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Transamerica Corporation, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-22483-DPG |
| Transamerica Multiservices Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Michaela Jallah
c/o Secretary of State
P.O. Box 6329
Tallahassee, Florida 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron S. Weiss (FBN 48813)
Carlton Fields Jorden Burt, P.A.
100 S.E. 2nd Street, Ste. 4200
Miami, Florida   33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 12, 2018   _____

Steven M. Larimore
Clerk of Court



*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

Transamerica Corporation, )
)
)
)
_____ )
*Plaintiff(s)* )
v. )    Civil Action No. 1:18-cv-22483-DPG
Transamerica Multiservices Inc., et al. )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Allnation Financial LLC
c/o Secretary of State
P.O. Box 6329
Tallahassee, Florida 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron S. Weiss (FBN 48813)
Carlton Fields Jorden Burt, P.A.
100 S.E. 2nd Street, Ste. 4200
Miami, Florida   33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Sep 12, 2018
_____

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court