UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-22483-Gayles

TRANSAMERICA CORPORATION,

    Plaintiff,

v.

TRANSAMERICA MULTISERVICES INC.,
*et al*.

    Defendants.

_____/

**ORDER**

    Plaintiff's Motion for Alternate Service of Process by Publication and Electronic Mail, or in the Alternative having come before the Court; the Court having considered Plaintiff's supporting memorandum of points and authorities together with the Declaration of Bruce A. McDonald and Attachments, and otherwise being duly apprised, it is hereby ORDERED, that Plaintiff's Motion be and hereby is granted as follows:

    (1)    Plaintiff shall serve the Summonses, Complaint, and all other future filings in this matter, upon the Defendants in this action via email at [micheala.jallah@yahoo.com](mailto:micheala.jallah@yahoo.com); and

    (2)    Plaintiff may effectuate service on the Defendants via publication by posting a copy of the Complaint and Summons on the Internet website appearing at the URL [https://my.workshare.com/#folders/GsudUO56lltbNIaZ](https://my.workshare.com/#folders/GsudUO56lltbNIaZ).

_____       _____
Date                                      Darrin P. Gayles
                                              U.S. District Court JUdge